UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TEITELBAUM, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 04-12412 MEL |
| v. ) ) | **FILED UNDER SEAL** |
| DELTA AIRLINES, INC, *et al.*, ) ) | |
| Defendants. ) ) | |

### ORDER

The United States having declined to intervene in this action pursuant to the False Cl s Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by relator;

2. all other contents of the Court's file in this action remain under seal and no b made public or served upon the defendants, except for this Order and The Government's No of Election to Decline Intervention, which the relator will serve upon the defendants only aft service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5.    all orders of this Court shall be sent to the United States; and that

    6.    should the relator or the defendants propose that this action be dismissed, settled or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

_____
MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

Dated: 9/15/05