AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA EX REL
JENNIFER L. TEITELBAUM,
              Plaintiff

V.

ALASKA AIRLINES, INC., et al.,
              Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04 - 12450 MEL

TO: (Name and address of Defendant)

JETBLUE AIRWAYS CORP.
c/o National Registered Agents, Inc.
303 Congress Street
Boston, MA  -02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA  01701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

(By) DEPUTY CLERK

DATE: 11/19/2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE DECEMBER 7, 2005 |
| NAME OF SERVER (PRINT) SEAN B. MCCARTHY | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NATIONAL REGISTERED AGENTS, INC. 303 CONGRESS STREET BOSTON, MA. 02210 GIVEN TO: LISA MOGAN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/7/2005           [signature]
                Date               Signature of Server

1216 EDGELL ROAD,
Address of Server
FRAMINGHAM, MA. 01701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.