AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA EX REL,
JENNIFER L. Teitelbaum,
              Plaintiff

V.

ALASKA AIRLINES, INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04 12450 MEL

TO: (Name and address of Defendant)

America Airlines, Inc. LIMITED
c/o CT Corporation Systems
101 Federal Street, Suite 300
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARPTER, P.C.
P.O. Box 812
Framingham, MA  01701

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE     11/19/2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE DECEMBER 7, 2005 |
| NAME OF SERVER (PRINT) SEAN B. MCCARTHY | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: CT CORPORATIONS SYSTEMS 101 FEDERAL STREET, #300 BOSTON, MA. 02110 GIVEN TO! GAIL BROWN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/7/2005
            Date

Signature of Server

1216 EDGELL ROAD
Address of Server
FRAMINGHAM, MA. 01701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.