AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

United States of America Ex Rel,
Jennifer L. Teitelbaum,
           Plaintiff

V.

Alaska Airlines, Inc., et al.,
           Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-12450 MEL

TO: (Name and address of Defendant)

    Aer Lingus LIMITED
    c/o CT Corporations Systems
    101 Federal Street, Suite 300
    Boston, MA  02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Evans J. Carter, Esq.
    EVANS J. CARTER, P.C.
    P.O. Box 812
    Framingham, MA  01701

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

DATE  11/19/2004

CLERK

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: DECEMBER 7, 2005 |
| NAME OF SERVER *(PRINT)*: SEAN B. MCCARTHY | TITLE: CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: CT CORPORATIONS SYSTEMS, 101 FEDERAL STREET, #300, BOSTON, MA. 02110  GIVEN TO: GAIL BROWN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/7/2005         [Signature]
             *Date*              *Signature of Server*

1216 EDGELL ROAD
*Address of Server*
FRAMINGHAM, MA. 01701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.