UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TEITELBAUM,<br><br>　　　　　Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　　Defendants | Civil Action No.<br>04-12450-MEL |

## ASSENTED TO MOTION OF ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, INC., AND JETBLUE AIRWAYS CORPORATION, TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, and JetBlue Airways Corporation (the "Defendants") hereby move, with the assent of the Plaintiffs, to extend the time for each of them to answer or otherwise respond to the Amended Complaint, up to and including February 13, 2006.

WHEREFORE, Defendants respectfully request that their Motion be allowed, and that the time for their respective responses to the Amended Complaint be extended up to and including February 13, 2006.

December 21, 2005

**DECHERT LLP**

By: /s/ Matthew Porter
Matthew A. Porter, BBO #630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

*Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, and Air Tran Airways*

10289703.5.LITIGATION

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Defendants attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who has assented to this Motion.

/s/ Matthew A. Porter
Matthew A. Porter
December 21, 2005