UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>          Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>          Defendants | Civil Action No.<br>04-12450-MEL |

## ASSENTED TO MOTION OF DEFENDANT SOUTHWEST AIRLINES CO. TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant Southwest Airlines Co. ("Southwest") hereby moves, with the assent of the Plaintiffs, to extend the time for Southwest to answer or otherwise respond to the Amended Complaint, up to and including February 13, 2006.

WHEREFORE, Southwest Airlines Co. respectfully request that its Motion be allowed, and that the time for its response to the Amended Complaint be extended up to and including February 13, 2006.

December 22, 2005

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO #630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

*Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Air Tran Airways, and Southwest Airlines Co.*

10289703.5.LITIGATION

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Defendants attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who has assented to this Motion.

/s/ Matthew A. Porter
Matthew A. Porter
December 22, 2005