UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>　　　　　Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　　Defendants | Civil Action No.<br>04-12450-MEL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF SOUTHWEST AIRLINES CO.

Pursuant to Local Rule 7.3(A), Southwest Airlines Co. ("Southwest") makes the following corporate disclosure statement. Southwest does not have a parent corporation, is publicly traded, and ten percent (10%) or more of its common stock is held by State Street Global Advisors and by Capital Research and Management Company.

Dated: Boston, Massachusetts
　　　　December 22, 2005

　　　　　　　　　　　　　　　　　　　　DECHERT LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Matthew Porter
　　　　　　　　　　　　　　　　　　　　Matthew A. Porter, BBO # 630625
　　　　　　　　　　　　　　　　　　　　Michael S. Shin, BBO # 658134
　　　　　　　　　　　　　　　　　　　　200 Clarendon Street, 27th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　(617) 728-7100
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants American Airlines,*
　　　　　　　　　　　　　　　　　　　　*Inc., Alaska Airlines, Inc., Continental*
　　　　　　　　　　　　　　　　　　　　*Airlines, Inc., JetBlue Airways Corporation,*
　　　　　　　　　　　　　　　　　　　　*Air Tran Airways, and Southwest Airlines*
　　　　　　　　　　　　　　　　　　　　*Co.*