UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* TEITELBAUM, <br><br> Plaintiffs <br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants | Civil Action No. <br> 04-12450-MEL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF AMERICAN AIRLINES, INC.

Pursuant to Local Rule 7.3(A), defendant American Airlines, Inc. ("American") makes the following corporate disclosure statement. American is a wholly-owned subsidiary of AMR Corp., which is publicly traded. No publicly traded company owned 10% or more of AMR's stock.

Dated: Boston, Massachusetts
December 22, 2005

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Air Tran Airways, and Southwest Airlines Co.*

10323746.1.LITIGATION