UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>　　　　　Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　　Defendants | Civil Action No.<br>04-12450-MEL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF CONTINENTAL AIRLINES, INC.

Pursuant to Local Rule 7.3(A), defendant Continental Airlines, Inc. ("Continental") makes the following corporate disclosure statement. Continental has no parent corporation. To Continental's knowledge, based on disclosures contained in Schedules 13D and 13G filed with the Securities and Exchange Commission, the only companies which beneficially own 10% of Continental's stock as of the date hereof are Wellington Management Company, LLP and OppenheimerFunds, Inc.

December 22, 2005　　　　　　　　　　**DECHERT LLP**

　　　　　　　　　　　　　　　　　　By: /s/ Matthew Porter
　　　　　　　　　　　　　　　　　　Matthew A. Porter, BBO #630625
　　　　　　　　　　　　　　　　　　Michael S. Shin, BBO # 658134
　　　　　　　　　　　　　　　　　　200 Clarendon Street, 27th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　(617) 728-7100

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants American Airlines, Inc.,*
　　　　　　　　　　　　　　　　　　*Alaska Airlines, Inc., Continental Airlines, Inc.,*
　　　　　　　　　　　　　　　　　　*JetBlue Airways Corporation, Air Tran*
　　　　　　　　　　　　　　　　　　*Airways, and Southwest Airlines Co.*

266816.1.BOSHRTHAR_49