UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>            Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>            Defendants | Civil Action No.<br>04-12450-MEL |

**MOTION OF ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, INC., HAWAIIAN AIRLINES, INC., SOUTHWEST AIRLINES CO., AND JETBLUE AIRWAYS CORPORATION FOR ADMISSION OF COUNSEL**
*PRO HAC VICE*

Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), hereby move for the admission *pro hac vice* of Ronald H. Clark, Esquire, of the law firm of Arent Fox PLLC, in Washington, D.C., as counsel for the Domestic Defendants. As grounds for their motion, the Domestic Defendants state as follows:

Attorney Clark has extensive experience representing clients in cases arising under the federal False Claims Act, and his special expertise will aid in the speedy and efficient administration of justice in this matter. Attorney Clark will be associated for all purposes with Matthew A. Porter, a partner in the law firm of Dechert LLP, resident in Dechert's Boston office, who is admitted to practice before this Court and who will advise Attorney Clark concerning, *inter alia*, the Local Rules for the U.S. District Court for the District of Massachusetts and

practice before this Court. In support of this Motion, the Domestic Defendants submit an affidavit from Attorney Clark.

WHEREFORE, the Domestic Defendants respectfully request that their Motion be allowed, and that Attorney Ronald H. Clark be admitted to practice before this Court *pro hac vice*.

Dated:  Boston, Massachusetts
        December 28, 2005

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO # 630625
200 Clarendon Street, 27th Floor
Boston, MA  02116
(617) 728-7100
*Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Hawaiian Airlines, Inc., Southwest Airlines Co., and Air Tran Airways*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Defendants has conferred with counsel for the Plaintiffs, who has indicated that the Plaintiffs do not oppose this motion.

/s/ Matthew Porter
Matthew A. Porter
December 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. TEITELBAUM, )<br> )<br>            Plaintiffs )<br>v. )<br> )<br>ALASKA AIRLINES, INC., et al., )<br> )<br>            Defendants )<br>_____) | Civil Action No.<br>04-12450-MEL |

### AFFIDAVIT OF RONALD H. CLARK IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

RONALD H. CLARK, being duly sworn, deposes and says:

1. I am a member of the bar of the United States District Court for the District of Columbia and a member of the bar of the District of Columbia and submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am a member of the law firm of Arent Fox PLLC, 1050 Connecticut Avenue, NW, Washington, DC 20036-5339. I have been retained by Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), to represent them in this matter.

2. I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

10325509.1.LITIGATION

Signed under the pains and penalties of perjury.

*[signature]*
Ronald H. Clark
December 27, 2005

10325509.1.LITIGATION