UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TEITELBAUM,<br><br>  Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>  Defendants | Civil Action No.<br>04-12450-MEL |

**MOTION OF ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, INC., HAWAIIAN AIRLINES, INC., SOUTHWEST AIRLINES CO., AND JETBLUE AIRWAYS CORPORATION FOR ADMISSION OF COUNSEL**
***PRO HAC VICE***

Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), hereby move for the admission *pro hac vice* of Ronald H. Clark, Esquire, of the law firm of Arent Fox PLLC, in Washington, D.C., as counsel for the Domestic Defendants. As grounds for their motion, the Domestic Defendants state as follows:

Attorney Clark has extensive experience representing clients in cases arising under the federal False Claims Act, and his special expertise will aid in the speedy and efficient administration of justice in this matter. Attorney Clark will be associated for all purposes with Matthew A. Porter, a partner in the law firm of Dechert LLP, resident in Dechert's Boston office, who is admitted to practice before this Court and who will advise Attorney Clark concerning, *inter alia*, the Local Rules for the U.S. District Court for the District of Massachusetts and

practice before this Court. In support of this Motion, the Domestic Defendants submit an affidavit from Attorney Clark.

WHEREFORE, the Domestic Defendants respectfully request that their Motion be allowed, and that Attorney Ronald H. Clark be admitted to practice before this Court *pro hac vice*.

Dated:   Boston, Massachusetts
         December 28, 2005

                                    DECHERT LLP

                                    By: /s/ Matthew Porter
                                    Matthew A. Porter, BBO # 630625
                                    200 Clarendon Street, 27th Floor
                                    Boston, MA 02116
                                    (617) 728-7100
                                    *Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Hawaiian Airlines, Inc., Southwest Airlines Co., and Air Tran Airways*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Defendants has conferred with counsel for the Plaintiffs, who has indicated that the Plaintiffs do not oppose this motion.

                                    /s/ Matthew Porter
                                    Matthew A. Porter
                                    December 28, 2005