UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12450MEL

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM, <br>                                   Plaintiff <br> v. <br> ALASKA AIRLINES, INC., et al. <br>                                 Defendants | **AFFIDAVIT OF SERVICE OF PROCESS ON THE DEFENDANT, JAPAN AIRLINES COMPANY, LTD., D/B/A JAPAN AIRLINES** |

I, Evans J. Carter, Esq., under oath and based on personal knowledge, depose and say as follows:

Pursuant to G.L. Chapter 223A, I served the defendant, Japan Airlines Company, Ltd., d/b/a Japan Airlines, by certified mail, by letter dated December 8, 2005, with a summons and a copy of the Amended Complaint. A copy of said letter, summons and the green postal receipt card, which confirms said defendant's receipt of said service on December 12, 2005, are annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 27TH day of December, 2005.

                                                                                                              /s/ Evans J. Carter
                                                                                                              Evans J. Carter

# EVANS J. CARTER, P.C.

P.O. BOX 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1669
TELEFAX: (508) 875-1449

*E-Mail: ejcatty1@Verizon.net*
*Office: 860 Worcester Road (Rt. 9), 2ND Floor*
*Framingham, MA 01702*

December 8, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Japan Airlines Company, Ltd.
ATTN: Manager, Legal Insurance & Taxation
300 Continental Boulevard, Suite 620
El Segundo, CA 90245

        Re:   *USA Ex Rel, Jennifer L. Teitelbaum*
        vs.   *Japan Airlines Company, Ltd., d/b/a Japan Airlines et al.*
              *U.S. District Court, District of Massachusetts*
              *Civil Action No. 04-12450-MEL*

Dear Sir/Madam:

    Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

    Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

    As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

    I remain

                                          Very truly yours,

                                          EVANS J. CARTER

EJC/aec
Enclosures

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM,
                Plaintiff

V.

JAPAN AIRLINES COMPANY, LTD., d/b/a
JAPAN AIRLINES, et al.,
                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-12450 MEL**

TO: (Name and address of Defendant)

JAPAN AIRLINES COMPANY, LTD.
d/b/a JAPAN AIRLINES
ATTN: Manager, Legal Insurance & Taxation
300 Continental Boulevard, Suite 620
El Segundo, CA 90245

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA 01701

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 11/19/2004

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>CLIFF BENGIS  12-12-05 |
| 1. Article Addressed to:<br><br>Japan Airlines Company, Ltd.<br>ATTN: Manager, Legal Insurance & Taxation<br>300 Continental Boulevard, Suite 620<br>El Segundo, CA 90245 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 6299 4439 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Evans J. Carter, Esq.
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701

B021