UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 43-12450MEL

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., JENNIFER L. TEITELBAUM,<br>Plaintiff<br><br>v.<br><br>ALASKA AIRLINES, INC., et al.<br>Defendants | AFFIDAVIT OF SERVICE OF PROCESS ON THE DEFENDANT, DEUTSCH LUFTHANSA AG, D/B/A LUFTHANSA AIRLINES |

I, Evans J. Carter, Esq., under oath and based on personal knowledge, depose and say as follows:

Pursuant to G.L. Chapter 223A, I served the defendant, **Deutsch Lufthansa AG, d/b/a Lufthansa Airlines**, by certified mail, by letter dated December 8, 2005, with a summons and a copy of the Amended Complaint. A copy of said letter, summons and the green postal receipt card, which confirms said defendant's receipt of said service on December 11, 2005, are annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 27TH day of December, 2005.

_____
Evans J. Carter

C:\FDrive\CARTER\AIRLINE CASES\TEITELBAUM\AFFIDAVITS OF SERVICE\CHINAEAS.WPD

# EVANS J. CARTER, P.C.

P.O. BOX 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1669
TELEFAX: (508) 875-1449

*E-Mail: ejcatty1@Verizon.net*
*Office: 860 Worcester Road (Rt. 9), 2ND Floor*
*Framingham, MA 01702*

December 8, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

General Manager of U.S. Operations for
Deutsche Lufthansa AG, d/b/a Lufthansa Airlines
1640 Hampstead Turnpike
East Meadow, NY 11554

      *Re:*    *USA Ex Rel Jennifer L. Teitelbaum*
      *vs.*    *Deutsch Lufthansa AG, d/b/a Lufthansa Airlines*
           *U.S. District Court, District of Massachusetts*
           *Civil Action No. 04-12450-MEL*

Dear Sir/Madam:

    Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

    Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

    As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

    I remain

                            Very truly yours,

                            EVANS J. CARTER

EJC/aec
Enclosures

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

UNITED STATES OF AMERICA
Ex Rel, JENNIFER L. TEITELBAUM,
                Plaintiff

V.

DEUTSCHE LUFTHANSA, A.G., d/b/a
LUFTHANSA AIRLINES, et al.,
                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 CV 12450 MEL

TO: (Name and address of Defendant)    DEUTSCHE LUFTHANSA, A.G., d/b/a
LUFTHANSA AIRLINES
1640 Hampstead Turnpike
East Meadow, NY  11554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA  01701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11/19/2004

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Evans J. Carter, Esq.
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Manager of U.S. Operations for
Deutsche Lufthansa AG, d/b/a Lufthansa
Airlines
1640 Hampstead Turnpike
East Meadow, NY 11554

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): T. SPYRIDON
C. Date of Delivery: 12/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7004 0550 0000 4880 4559

Domestic Return Receipt                           102595-02-M-1540