UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12450MEL

| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM, Plaintiff v. ALASKA AIRLINES, INC., et al. Defendants |
|---|

**AFFIDAVIT OF SERVICE OF PROCESS ON THE DEFENDANT, AIR JAMAICA LIMITED**

I, Evans J. Carter, Esq., under oath and based on personal knowledge, depose and say as follows:

Pursuant to G.L. Chapter 223A, I served the defendant, **Air Jamaica Limited,** by certified mail, by letter dated December 16, 2005, with a summons and a copy of the Amended Complaint. A copy of said letter, summons and the green postal receipt card, which confirms said defendant's receipt of said service on December 19, 2005, are annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 28TH day of December, 2005.

Evans J. Carter

# EVANS J. CARTER, P.C.
P.O. BOX 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1669
TELEFAX: (508) 875-1449

*E-Mail: ejcatty1@Verizon.net*
*Office: 860 Worcester Road (Rt. 9), 2ND Floor*
*Framingham, MA 01702*

December 16, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Air Jamaica Limited
c/o Corporation Service Company
84 State Street
Boston, MA 02109

      Re:    USA Ex Rel, Jennifer L. Teitelbaum vs. Air Jamaica Limited
               U.S. District Court, District of Massachusetts, C.A. No. 04-12450-MEL

Dear Sir/Madam:

    Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

    Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

    As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

    I remain

                            Very truly yours,

                            EVANS J. CARTER

EJC/aec
Enclosures

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

United States of America Ex Rel,
Jennifer L. Teitelbaum, Plaintiff

V.

AIR JAMAICA LIMITED, ET AL.,
                    Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04c12450 MEL

TO: (Name and address of Defendant)   Air Jamaica Limited
c/o Corporation Service Company
84 State Street
Boston, MA   02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA   01701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   11/19/2004

UNITED STATES POSTAL SERVICE

BOSTON MA

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12/19/05 |
| 1. Article Addressed to:<br><br>Air Jamaica, Limited<br>c/o Corporation Service Company<br>84 State Street<br>Boston, MA 02109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 6299 4415 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540