**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* TEITELBAUM )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>ALASKA AIRLINES, INC., et al., )<br> )<br> )<br> Defendants. )<br> ) | Civil Action No.<br>04-12450-MEL |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter the appearance of Daniel M. Esrick on behalf

of Deutsche Lufthansa A.G., defendant in the above-captioned case.

Respectfully submitted,

Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Deutsche Lufthansa A.G.

Dated: December 28, 2005

By: /s/ Daniel M. Esrick_____
Daniel M. Esrick, BBO # 647676
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

*Of Counsel:*
David W. Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, D.C.  20037
(202) 663-6000

US1DOCS 5447623v1

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel M. Esrick, hereby certify that on December 28, 2005, I caused a true and accurate copy of the foregoing document to be served, via electronic mail, on all counsel of record.


/s/ Daniel M. Esrick_____
Daniel M. Esrick

US1DOCS 5447623v1