# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* TEITELBAUM <br><br> Plaintiffs, <br><br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants. | Civil Action No. <br> 04-12450-MEL |

## ASSENTED-TO MOTION OF DEUTSCHE LUFTHANSA A.G. TO EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant Deutsche Lufthansa A.G. ("Lufthansa") hereby moves, with the assent of the Plaintiffs, to extend the time to answer or otherwise respond to the Amended Complaint, up to and including February 13, 2006.

WHEREFORE, Lufthansa respectfully requests that its motion be allowed, and that the time for its response to the Amended Complaint be extended up to and including February 13, 2006.

Dated: December 28, 2005

        Wilmer Cutler Pickering Hale and Dorr LLP
        Attorneys for Deutsche Lufthansa A.G.

        By:  /s/ Daniel M. Esrick_____
        Daniel M. Esrick, BBO #647676
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        (617) 526-5000 (fax)

*Of Counsel:*
David W. Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M St., NW
Washington, D.C.  20037
(202) 663-6000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Deutsche Lufthansa A.G. attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who have assented to this Motion.

        By:  /s/ Daniel M. Esrick_____
             Daniel M. Esrick
             December 28, 2005

## CERTIFICATE OF SERVICE

I, Daniel M. Esrick, hereby certify that on December 28, 2005, I caused a true and accurate copy of the foregoing document to be served, via electronic mail, on all counsel of record.

        /s/ Daniel M. Esrick_____
        Daniel M. Esrick