UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>*ex rel.* TEITELBAUM                )<br>                                                    )<br>     Plaintiffs,                             )<br>                                                    )       Civil Action No.<br>v.                                               )       04-12450-MEL<br>                                                    )<br>ALASKA AIRLINES, INC., et al.,    )<br>                                                    )<br>     Defendants.                          )<br>                                                    ) | |

### DEUTSCHE LUFTHANSA A.G.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Deutsche Lufthansa A.G. ("Lufthansa") submits this Corporate Disclosure Statement.

Lufthansa is a publicly traded company and does not have a parent corporation. No publicly held company owns more than ten percent (10%) of its stock.

                                                                  Respectfully submitted,

                                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                                  Attorneys for Deutsche Lufthansa A.G.

Dated: December 28, 2005                      By:  /s/ Daniel M. Esrick_____
                                                                  Daniel M. Esrick, BBO # 647676
                                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                                  60 State Street
                                                                  Boston, MA 02109
                                                                  (617) 526-6000
                                                                  (617) 526-5000 (fax)

*Of Counsel:*
David W. Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, D.C. 20037
(202) 663-6000

US1DOCS 5446259v1

## CERTIFICATE OF SERVICE

      I, Daniel M. Esrick, hereby certify that on December 28, 2005, I caused a true and accurate copy of the foregoing document to be served, via electronic mail, on all counsel of record.

/s/ Daniel M. Esrick_____
Daniel M. Esrick

US1DOCS 5446259v1