UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>            Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>            Defendants | Civil Action No.<br>04-12450-MEL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF JETBLUE AIRWAYS CORPORATION

Pursuant to Local Rule 7.3(A), defendant JetBlue Airways Corporation ("JetBlue") makes the following corporate disclosure statement. JetBlue has no parent corporation. The only two publicly traded entities that own more than 10% of JetBlue's stock are (1) Soros Fund Management LLC and (2) Fidelity Management and Research Company.

Dated: Boston, Massachusetts
       January 3, 2005

**DECHERT LLP**

By: /s/ Matthew Porter
Matthew A. Porter, BBO #630625
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

*Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Hawaiian Airlines, Inc., Air Tran Airways, and Southwest Airlines Co.*

10328380.1.LITIGATION