UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>　　　　　Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　　Defendants | Civil Action No.<br>04-12450-MEL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF AIRTRAN AIRWAYS

Pursuant to Local Rule 7.3(A), defendant AirTran Airways ("AirTran") makes the following corporate disclosure statement. AirTran's parent corporation is AirTran Holdings, Inc. No publicly traded entity owns more than 10% of AirTran's stock.

Dated:　Boston, Massachusetts
　　　　January 3, 2005

　　　　　　　　　　　　　　　　　　**DECHERT LLP**

　　　　　　　　　　　　　　　　　　By: /s/ Matthew A. Porter
　　　　　　　　　　　　　　　　　　Matthew A. Porter, BBO #630625
　　　　　　　　　　　　　　　　　　200 Clarendon Street, 27th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　(617) 728-7100

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants American Airlines, Inc.,*
　　　　　　　　　　　　　　　　　　*Alaska Airlines, Inc., Continental Airlines, Inc.,*
　　　　　　　　　　　　　　　　　　*JetBlue Airways Corporation, Hawaiian Airlines,*
　　　　　　　　　　　　　　　　　　*Inc., AirTran Airways, and Southwest Airlines Co.*