UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>　　　　　Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　　Defendants | Civil Action No.<br>04-12450-MEL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF HAWAIIAN AIRLINES, INC.

Pursuant to Local Rule 7.3(A), defendant Hawaiian Airlines, Inc. ("Hawaiian") makes the following corporate disclosure statement. Hawaiian's parent corporation is Hawaiian Holdings, Inc. No publicly traded entity owns more than 10% of Hawaiian's stock.

January 3, 2006                    **DECHERT LLP**

　　　　　　　　　　　　　　　　　　By: /s/ Matthew Porter
　　　　　　　　　　　　　　　　　　Matthew A. Porter, BBO #630625
　　　　　　　　　　　　　　　　　　Michael S. Shin, BBO # 658134
　　　　　　　　　　　　　　　　　200 Clarendon Street, 27th Floor
　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　(617) 728-7100

　　　　　　　　　　　　　　　　　*Attorneys for Defendants American Airlines, Inc.,*
　　　　　　　　　　　　　　　　　*Alaska Airlines, Inc., Continental Airlines, Inc.,*
　　　　　　　　　　　　　　　　　*JetBlue Airways Corporation, Hawaiian Airlines,*
　　　　　　　　　　　　　　　　　*Inc., Air Tran Airways, and Southwest Airlines Co.*