## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ex rel., ) | |
| Jennifer L. Teitelbaum, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 04-12450-MEL |
| ) | |
| Alaska Airlines, Inc., et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID W. OGDEN, ETHAN G. SHENKMAN AND ADAM RAVIV

Defendant Deutsche Lufthansa, A.G. ("Lufthansa"), by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3(b), for the admissions, *pro hac vice*, of David W. Ogden, partner, Ethan G. Shenkman, counsel, and Adam Raviv, associate, at the firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, and 399 Park Avenue, New York, NY 10022. Such admission is for the purpose of this case only.

1.   Mr. Ogden is duly admitted and licensed to practice law in the District of Columbia and the Commonwealth of Virginia. Mr. Shenkman is duly admitted and licensed to practice law in the District of Columbia and the State of New York. Mr. Raviv is duly admitted and licensed to practice law in the State of New York.

2.   There are no disciplinary proceedings pending against Mr. Ogden, Mr. Shenkman, or Mr. Raviv as members of the bars in any jurisdiction.

3. Mr. Ogden, Mr. Shenkman, and Mr. Raviv are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Lufthansa has requested that Mr. Ogden, Mr. Shenkman, and Mr. Raviv represent it in this action.

5. Attached as Exhibit A is the Declaration of David W. Ogden for Admission *Pro Hac Vice*.

6. Attached as Exhibit B is the Declaration of Adam Raviv for Admission *Pro Hac Vice*.

7. Attached as Exhibit C is the Declaration of Ethan G. Shenkman for Admission *Pro Hac Vice*.

WHEREFORE, Lufthansa and the undersigned respectfully request that the motion be allowed and that David W. Ogden, Ethan G. Shenkman, and Adam Raviv be admitted to practice before this Court for the duration of this action.

Dated: January 10, 2006

    Wilmer Cutler Pickering Hale and Dorr LLP
    Attorneys for Deutsche Lufthansa, A.G.

    By: /s/ Daniel M. Esrick_____
    Daniel M. Esrick BBO # 647676
    60 State Street
    Boston, MA 02109
    (617) 526-6000 (Tel)
    (617) 526-5000 (Fax)

### Local Rule 7.1(A)(2) Certification

I hereby certify that I sought assent to the above motion from counsel of record in this matter.

    /s/ Daniel M. Esrick_____
    Daniel M. Esrick
    January 10, 2006

3

**CERTIFICATE OF SERVICE**

    I, Daniel M. Esrick, hereby certify that a copy of the foregoing document and attached exhibits have been served by electronic mail this 10th day of January, 2006, upon counsel of record for all parties.


                                        /s/ Daniel M. Esrick_____
                                        Daniel M. Esrick

US1DOCS 5463827v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| United States of America ex rel., <br> Jennifer L. Teitelbaum, <br><br> Plaintiff, <br><br> v. <br><br> Alaska Airlines, Inc., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. <br> 04-12450-MEL |

## LR 83.5.3(b) DECLARATION OF DAVID W. OGDEN
## FOR ADMISSION *PRO HAC VICE*

1.  Pursuant to Local Rule 83.5.3(b), I, David Ogden, on the basis of personal knowledge, declare as follows:

2.  I am partner at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3.  I am an attorney duly admitted and licensed to practice law in theDistrict of Columbia. I am also duly admitted to practice law before the following courts: District of Columbia Court of Appeals and the United States Supreme Court, among others.

4.  I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5.  I am not currently suspended or disbarred in any jurisdiction.

6.  There are no disciplinary proceedings pending against me in any jurisdiction.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8.     Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on January 3, 2006

        __/s/ David W. Ogden_____
        David W. Ogden

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| United States of America ex rel., <br> Jennifer L. Teitelbaum, <br><br> Plaintiff, <br><br> v. <br><br> Alaska Airlines, Inc., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. <br> 04-12450-MEL |

## LR 83.5.3(b) DECLARATION OF ADAM RAVIV
## FOR ADMISSION *PRO HAC VICE*

1. Pursuant to Local Rule 83.5.3(b), I, Adam Raviv, on the basis of personal knowledge, declare as follows:

2. I am an associate at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3. I am an attorney duly admitted and licensed to practice law in the State of New York. I am also duly admitted to practice law before the United States Court of Appeals for the 9th Circuit.

4. I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5. I am not currently suspended or disbarred in any jurisdiction.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

2

7.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8.     Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on January 3, 2006

                                                    _/s/ Adam Raviv_____
                                                    Adam Raviv

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| United States of America ex rel., <br> Jennifer L. Teitelbaum, <br><br> Plaintiff, <br><br> v. <br><br> Alaska Airlines, Inc., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. <br> 04-12450-MEL |

### LR 83.5.3(b) DECLARATION OF ETHAN G. SHENKMAN
### FOR ADMISSION *PRO HAC VICE*

1. Pursuant to Local Rule 83.5.3(b), I, Ethan G. Shenkman, on the basis of personal knowledge, declare as follows:

2. I am counsel at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3. I am an attorney duly admitted and licensed to practice law in the following jurisdictions: District of Columbia and State of New York. I am also duly admitted to practice law before the following courts: United States Courts of Appeal for the 4th and 9th Circuits and the United States Supreme Court.

4. I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5. I am not currently suspended or disbarred in any jurisdiction.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

2

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on January 3, 2006

                                                          __/s/ Ethan G. Shenkman_____
                                                         Ethan G. Shenkman