## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ex rel., Jennifer L. Teitelbaum,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>Alaska Airlines, Inc., et al.  )<br><br>Defendants.  ) | Civil Action No.<br>04-12450-MEL |

### MOTION FOR ADMISSION *PRO HAC VICE*
### OF DAVID W. OGDEN, ETHAN G. SHENKMAN AND ADAM RAVIV

Defendant Deutsche Lufthansa, A.G. ("Lufthansa"), by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3(b), for the admissions, *pro hac vice*, of David W. Ogden, partner, Ethan G. Shenkman, counsel, and Adam Raviv, associate, at the firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, and 399 Park Avenue, New York, NY 10022.  Such admission is for the purpose of this case only.

1. Mr. Ogden is duly admitted and licensed to practice law in the District of Columbia and the Commonwealth of Virginia.  Mr. Shenkman is duly admitted and licensed to practice law in the District of Columbia and the State of New York.  Mr. Raviv is duly admitted and licensed to practice law in the State of New York.

2. There are no disciplinary proceedings pending against Mr. Ogden, Mr. Shenkman, or Mr. Raviv as members of the bars in any jurisdiction.

    3.    Mr. Ogden, Mr. Shenkman, and Mr. Raviv are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

    4.    Lufthansa has requested that Mr. Ogden, Mr. Shenkman, and Mr. Raviv represent it in this action.

    5.    Attached as Exhibit A is the Declaration of David W. Ogden for Admission *Pro Hac Vice*.

    6.    Attached as Exhibit B is the Declaration of Adam Raviv for Admission *Pro Hac Vice*.

    7.    Attached as Exhibit C is the Declaration of Ethan G. Shenkman for Admission *Pro Hac Vice*.

WHEREFORE, Lufthansa and the undersigned respectfully request that the motion be allowed and that David W. Ogden, Ethan G. Shenkman, and Adam Raviv be admitted to practice before this Court for the duration of this action.

Dated: January 10, 2006

                    Wilmer Cutler Pickering Hale and Dorr LLP
                    Attorneys for Deutsche Lufthansa, A.G.

                    By:  /s/ Daniel M. Esrick_____
                          Daniel M. Esrick BBO # 647676
                          60 State Street
                          Boston, MA 02109
                          (617) 526-6000 (Tel)
                          (617) 526-5000 (Fax)

## **Local Rule 7.1(A)(2) Certification**

I hereby certify that I sought assent to the above motion from counsel of record in this matter.

                    /s/ Daniel M. Esrick_____
                    Daniel M. Esrick
                    January 10, 2006

**CERTIFICATE OF SERVICE**

    I, Daniel M. Esrick, hereby certify that a copy of the foregoing document and attached exhibits have been served by electronic mail this 10th day of January, 2006, upon counsel of record for all parties.

                                                /s/ Daniel M. Esrick_____
                                                Daniel M. Esrick

US1DOCS 5463827v1