UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ex rel., )<br>Jennifer L. Teitelbaum, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Alaska Airlines, Inc., et al. )<br>)<br>    Defendants. )<br>) | Civil Action No.<br>04-12450-MEL |

## LR 83.5.3(b) DECLARATION OF DAVID W. OGDEN
## FOR ADMISSION *PRO HAC VICE*

1.  Pursuant to Local Rule 83.5.3(b), I, David Ogden, on the basis of personal knowledge, declare as follows:

2.  I am partner at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3.  I am an attorney duly admitted and licensed to practice law in theDistrict of Columbia.  I am also duly admitted to practice law before the following courts:  District of Columbia Court of Appeals and the United States Supreme Court, among others.

4.  I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5.  I am not currently suspended or disbarred in any jurisdiction.

6.  There are no disciplinary proceedings pending against me in any jurisdiction.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

8. Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on January 3, 2006

                                                                             /s/ David W. Ogden
                                                                             David W. Ogden