UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ex rel.,<br>Jennifer L. Teitelbaum,<br><br>      Plaintiff,<br><br>v.<br><br>Alaska Airlines, Inc., et al.<br><br>      Defendants. | Civil Action No.<br>04-12450-MEL |

## LR 83.5.3(b) DECLARATION OF ADAM RAVIV FOR ADMISSION *PRO HAC VICE*

1. Pursuant to Local Rule 83.5.3(b), I, Adam Raviv, on the basis of personal knowledge, declare as follows:

2. I am an associate at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3. I am an attorney duly admitted and licensed to practice law in the State of New York. I am also duly admitted to practice law before the United States Court of Appeals for the 9th Circuit.

4. I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5. I am not currently suspended or disbarred in any jurisdiction.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

US1DOCS 5451925v1

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on January 3, 2006

                                                             _/s/ Adam Raviv_____
                                                             Adam Raviv