UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ex rel., )<br>Jennifer L. Teitelbaum, )<br>      )<br>    Plaintiff, )<br>      )<br>v. )<br>      )<br>Alaska Airlines, Inc., et al. )<br>      )<br>    Defendants. )<br>      ) | Civil Action No.<br>04-12450-MEL |

## LR 83.5.3(b) DECLARATION OF ETHAN G. SHENKMAN
## FOR ADMISSION *PRO HAC VICE*

1.    Pursuant to Local Rule 83.5.3(b), I, Ethan G. Shenkman, on the basis of personal knowledge, declare as follows:

2.    I am counsel at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3.    I am an attorney duly admitted and licensed to practice law in the following jurisdictions: District of Columbia and State of New York. I am also duly admitted to practice law before the following courts: United States Courts of Appeal for the 4th and 9th Circuits and the United States Supreme Court.

4.    I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5.    I am not currently suspended or disbarred in any jurisdiction.

6.    There are no disciplinary proceedings pending against me in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on January 3, 2006

    /s/ Ethan G. Shenkman
Ethan G. Shenkman