UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12450-MEL

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM,
*Plaintiff*

v.

ALASKA AIRLINES, INC., ET AL.,
*Defendants*

## PLAINTIFFS' DISMISSAL, WITHOUT PREJUDICE, OF THE DEFENDANT, ATA AIRLINES, INC.

The plaintiffs herewith dismiss, without prejudice, the complaint against the defendant, ATA Airlines, Inc., as this defendant is presently in bankruptcy.

Respectfully submitted,

USA EX REL, JENNIFER L. TEITELBAUM,
Plaintiff
By her Attorney

/s/ Evans J. Carter
Evans J. Carter, Esq. (BBO #076560)
EVANS J. CARTER, P.C.
P. O. Box 812
Framingham, MA 01701
(508) 875-1669

Dated:   January 11, 2006