UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-12450MEL

| UNITED STATES OF AMERICA EX REL., JENNIFER L. TEITELBAUM, Plaintiff v. ALASKA AIRLINES, INC., et al. Defendants |
|---|

**AFFIDAVIT OF SERVICE OF PROCESS ON THE DEFENDANT, AIR FRANCE**

I, Evans J. Carter, Esq., under oath and based on personal knowledge, depose and say as follows:

Pursuant to G.L. Chapter 223A, I served the defendant, **Air** France, by Registered Mail, by letter dated December 9, 2005, with a summons and a copy of the Amended Complaint. A copy of said letter, summons and the green postal receipt card, which confirms said defendant's receipt of said service on December 16, 2005, are annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 13TH day of January, 2006.

Evans J. Carter

# EVANS J. CARTER, P.C.

P.O. BOX 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1669
TELEFAX: (508) 875-1449

*E-Mail: ejcatty1@Verizon.net*
*Office: 860 Worcester Road (Rt. 9), 2ᵛᴰ Floor*
*Framingham, MA 01702*

December 9, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Jean-Cyril Spinetta, CEO
Air France
45 Ave de Paris
Rossey, Cedex, 95747
Paris, France

      Re:    USA Ex Rel, Jennifer L. Teitelbaum
      vs.    Air France, et al.
             U.S. District Court, District of Massachusetts,
             Civil Action No. 04-12450-MEL

Dear Mr. Dixon:

    Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

    Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

    As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

    I remain

                        Very truly yours,

                        EVANS J. CARTER

EJC/aec
Enclosures

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration
des Postes des
Etats-Unis
d'Amérique

*Par Avion*

Postmark of
the office
returning the
receipt
Timbre du
bureau
renvoyant
l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)

EVANS J. CARTER, ESQ.
EVANS J. CARTER, P.C.
P.O. BOX 812
FRAMINGHAM, MA 01701

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Street and Number

City, State, and ZIP + 4 (Localité et code postal)

UNITED STATES OF AMERICA         Etats-Unis d'Amérique

PS Form 2865, February 1997      *Avis de réception*      CN07 (Old C5)

---

Item Description / Nature de l'envoi: Registered / Letter / Printed / Office / Recorded Delivery / Express Mail International

Article Number: RA9(?)650500US

Addressee Name: Jean-Cyril Spinetta, CEO
Air France
45 Ave de Paris
Rossey, Cedex, 95747
Paris, France

AIR FRANCE

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM,
                 Plaintiff

## SUMMONS IN A CIVIL ACTION

V.

AIR FRANCE, et al.,
                 Defendants

CASE NUMBER:

**04 cv 12450 MEL**

TO: (Name and address of Defendant)     AIR FRANCE
Jean-Cyril Spinetta, CEO
45 Ave de Paris
Rossey, Cedex    95747
Paris, France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA    01701

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    11/19/2004