UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12450MEL

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM,
*Plaintiff*

v.

ALASKA AIRLINES, INC., ET AL.,
*Defendants*

AFFIDAVIT OF SERVICE OF PROCESS ON THE DEFENDANT, IBERIA LINEAS AÉREAS DE ESPANA, S.A., D/B/A IBERIA AIRLINES

I, Evans J. Carter, Esq., under oath and based on personal knowledge, depose and say as follows:

Pursuant to G.L. Chapter 223A, I served the defendant, **Iberia Lineas Aéreas de Espana, S.A., d/b/a Iberia Airlines,** through its agent for services of process, by certified mail, by letter dated December 22, 2005, with a summons and a copy of the Amended Complaint. A copy of said letter, summons and the green postal receipt card, which confirms said defendant's receipt of said service on December 27, 2005, are annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 13TH day of January, 2006.

_____
Evans J. Carter

# EVANS J. CARTER, P.C.

P.O. BOX 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1669
TELEFAX: (508) 875-1449

*E-Mail: ejcatty1@Verizon.net*
*Office:860 Worcester Road (Rt. 9), 2ᴺᴰ Floor*
*Framingham, MA 01702*

December 22, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Fernando Pollan, Agent for Service of Process
Iberia Lineas Aéreas de Espana, S.A.
d/b/a Iberia Airlines
5835 Blue Lagoon Drive, Suite 350
Miami, FL 33126

    Re:    USA Ex Rel, Jennifer L. Teitelbaum
    vs.    Iberia Lineas Aéreas de Espana, S.A., d/b/a Iberia Airlines, et al.
          U.S. District Court, District of Massachusetts, C. A. No. 04-12450-MEL

Dear Mr. Mollan:

    Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

    Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

    As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

    I remain

                      Very truly yours,

                      EVANS J. CARTER

EJC/aec
Enclosures

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITRED STATES OF AMERICA EX REL
JENNIFER L. TEITELBAUM,
                 Plaintiff

V.

IBERIA LINEAS AERGAS DE ESPAN, SA
d/b/a IBERIA AIRLINES, et al.
                 Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 ~ 12450 MEL**

TO: (Name and address of Defendant)

IBERIA LINEAS AERGAS DE ESPAN, SA
d/b/a IBERIA AIRLINES
c/o Fernando Pollan
Agent for Service of Process
5835 Blue Lagoon Drive, Suite 350
Miami, FL   33126

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA   01701

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    11/19/2004



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X MARIA L BARBEYTO   ☐ Agent  ☐ Addressee | |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fernando Pollan, Agent for Service of Process<br>Iberia Lineas Aéreas de Espana, S.A.<br>d/b/a Iberia Airlines<br>5835 Blue Lagoon Drive, Suite 350<br>Miami, FL 33126 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)              ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 6299 4484 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |