UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM,<br><br>　　　　Plaintiff<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>04-12450-MEL |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for defendants China Southern Airlines Company, Ltd., Iberia Líneas Aéreas de España, SA, d/b/a Iberia Airlines, Japan Airlines International Company, Ltd., KLM Royal Dutch Airlines, Quantas Empire Airways, Ltd., d/b/a Quantas Airlines and Virgin Atlantic Airways, Ltd. in the above-captioned matter.

　　　　　　　　　　　　By:　/s/ Kathleen M. Guilfoyle
　　　　　　　　　　　　　　Richard P. Campbell (BBO #071600)
　　　　　　　　　　　　　　Kathleen M. Guilfoyle (BBO #546512)
　　　　　　　　　　　　　　CAMPBELL CAMPBELL EDWARDS
　　　　　　　　　　　　　　& CONROY, P.C.
　　　　　　　　　　　　　　One Constitution Plaza, 3rd Floor
　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　(617) 241-3000

　　　　　　　　　　　　　　Counsel for defendants China Southern
　　　　　　　　　　　　　　Airlines Company, Ltd., Iberia Líneas
　　　　　　　　　　　　　　Aéreas de España, SA, d/b/a Iberia Airlines,
　　　　　　　　　　　　　　Japan Airlines International Company, Ltd.,
　　　　　　　　　　　　　　KLM Royal Dutch Airlines, Quantas Empire
　　　　　　　　　　　　　　Airways, Ltd., d/b/a Quantas Airlines and
　　　　　　　　　　　　　　Virgin Atlantic Airways, Ltd.

## CERTIFICATE OF SERVICE

    I, Kathleen M. Guilfoyle, hereby certify that on January 17, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                                                By:    /s/ Kathleen M. Guilfoyle
                                                            One Constitution Plaza, 3rd Floor
                                                            Boston, MA 02129
                                                            (617) 241-3000