UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM,  Plaintiff  v.  ALASKA AIRLINES, INC., et al.,  Defendants. | CIVIL ACTION NO. 04-12450-MEL |

## ASSENTED-TO MOTION TO EXTEND TIME

Defendants China Southern Airlines Company, Ltd., Iberia Líneas Aéreas de España, SA, d/b/a Iberia Airlines, Japan Airlines International Company, Ltd., KLM Royal Dutch Airlines, Quantas Empire Airways, Ltd., d/b/a Quantas Airlines and Virgin Atlantic Airways, Ltd. (hereinafter "Defendants") hereby move, with the assent of plaintiff, pursuant to Fed. R. Civ. P. 6(b), for an extension of time up to and including February 2, 2006, to answer or otherwise respond to the plaintiff's Amended Complaint.[1]

WHEREFORE, the Defendants respectfully request that the Court grant their Assented-To Motion to Extend Time to answer or otherwise respond to the Plaintiff's Amended Complaint.

---

[1] This action is based on the same facts and allegations as those asserted in Harrington v. Delta Airlines, et al., Civil Action No. 04-12558 (NMG).

| | |
|---|---|
| ASSENTED TO: | CHINA SOUTHERN AIRLINES COMPANY, LTD., IBERIA LINEAS AÉREAS DE ESPAÑA, SA, d/b/a IBERIA AIRLINES, JAPAN AIRLINES INTERNATIONAL COMPANY, LTD., KLM ROYAL DUTCH AIRLINES, QUANTAS EMPIRE AIRWAYS, LTD., d/b/a QUANTAS AIRLINES AND VIRGIN ATLANTIC AIRWAYS, LTD. |
| JENNIFER L. TEITELBAUM | |
| By her Attorney, | |
| EVANS J. CARTER, P.C. | |
| | By their Attorneys, |
| /s/ Evans J. Carter* | |
| Evans J. Carter (BBO #076560) | CAMPBELL CAMPBELL EDWARDS |
| P.O. Box 812 | & CONROY, P.C. |
| Framingham, MA 01701 | |
| (508) 875-1669 | /s/ Kathleen M. Guilfoyle |
| | Richard P. Campbell (BBO #071600) |
| | Kathleen M. Guilfoyle (BBO #546512) |
| | One Constitution Plaza, 3rd Floor |
| | Boston, MA 02129 |
| | (617) 241-3000 |

\* By Ms. Guilfoyle, per January 10, 2006 email authorization of Mr. Carter.

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on January 17, 2006, I electronically filed the foregoing Assented-to Motion to Extend Time with the Clerk of the Court using the ECF system, which will send notification of such filing to the following ECF participants: Matthew A. Porter and Daniel M. Esrick.

By:  /s/ Kathleen M. Guilfoyle
     One Constitution Plaza, 3rd Floor
     Boston, MA 02129
     (617) 241-3000