UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM, | ) ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 04-12450-MEL |
| ALASKA AIRLINES, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANT JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant Japan Airlines International Company, Ltd. states the following corporate disclosure statement: it is 100% owned by its parent Japan Airlines Company, Ltd., which is publicly held.


By:     /s/ Kathleen M. Guilfoyle
        Richard P. Campbell (BBO #071600)
        Kathleen M. Guilfoyle (BBO #546512)
        CAMPBELL CAMPBELL EDWARDS
        & CONROY, P.C.
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000


## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on January 17, 2006, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.


By:     /s/ Kathleen M. Guilfoyle
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000