UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL,<br>JENNIFER L. TEITELBAUM,<br><br>        Plaintiff<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>        Defendants. | CIVIL ACTION NO.<br>04-12450-MEL |

### DEFENDANT IBERIA LINEAS AÉREAS DE ESPAÑA, SA, d/b/a IBERIA AIRLINES' LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant Iberia Líneas Aéreas de España, SA, d/b/a Iberia Airlines makes the following corporate disclosure statement: there is no parent corporation or any publicly-held company owns ten percent (10%) or more of its stock.

By:   /s/ Kathleen M. Guilfoyle
        Richard P. Campbell (BBO #071600)
        Kathleen M. Guilfoyle (BBO #546512)
        CAMPBELL CAMPBELL EDWARDS
        & CONROY, P.C.
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000

### CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on January 17, 2006, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By:   /s/ Kathleen M. Guilfoyle
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000