UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM, | ) ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) ) | 04-12450-MEL |
| ALASKA AIRLINES, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell of Campbell Campbell Edwards &

Conroy, P.C. as counsel for defendants China Southern Airlines Company, Ltd., Iberia Líneas

Aéreas de España, SA, d/b/a Iberia Airlines, Japan Airlines International Company, Ltd., KLM

Royal Dutch Airlines, Quantas Empire Airways, Ltd., d/b/a Quantas Airlines and Virgin Atlantic

Airways, Ltd. in the above-captioned matter.

By:    /s/ Richard P. Campbell
Richard P. Campbell (BBO #071600)
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

Counsel for defendants China Southern
Airlines Company, Ltd., Iberia Líneas
Aéreas de España, SA, d/b/a Iberia Airlines,
Japan Airlines International Company, Ltd.,
KLM Royal Dutch Airlines, Quantas Empire
Airways, Ltd., d/b/a Quantas Airlines and
Virgin Atlantic Airways, Ltd.

## <u>CERTIFICATE OF SERVICE</u>

    I, Kathleen M. Guilfoyle, hereby certify that on January 17, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                    By:    /s/ Kathleen M. Guilfoyle
                            One Constitution Plaza, 3rd Floor
                            Boston, MA 02129
                            (617) 241-3000