UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* TEITELBAUM, <br><br> Plaintiffs <br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants | Civil Action No. <br> 04-12450-MEL |

**MOTION OF ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, INC., HAWAIIAN AIRLINES, INC., SOUTHWEST AIRLINES CO., AND JETBLUE AIRWAYS CORPORATION FOR ADMISSION OF COUNSEL**
***PRO HAC VICE***

Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), hereby move for the admission *pro hac vice* of Randall A. Brater, Esquire, of the law firm of Arent Fox PLLC, in Washington, D.C., as counsel for the Domestic Defendants. As grounds for their motion, the Domestic Defendants state as follows:

Attorney Brater has extensive experience representing clients in cases arising under the federal False Claims Act, and his special expertise will aid in the speedy and efficient administration of justice in this matter. Attorney Brater will be associated for all purposes with Matthew A. Porter, a partner in the law firm of Dechert LLP, resident in Dechert's Boston office, who is admitted to practice before this Court and who will advise Attorney Brater concerning, *inter alia*, the Local Rules for the U.S. District Court for the District of Massachusetts and

practice before this Court. In support of this Motion, the Domestic Defendants submit an affidavit from Attorney Brater.

WHEREFORE, the Domestic Defendants respectfully request that their Motion be allowed, and that Attorney Randall A. Brater be admitted to practice before this Court *pro hac vice*.

Dated:   Boston, Massachusetts
         January 20, 2006

                                    DECHERT LLP

                                    By: /s/ Matthew Porter
                                    Matthew A. Porter, BBO # 630625
                                    200 Clarendon Street, 27th Floor
                                    Boston, MA  02116
                                    (617) 728-7100
                                    *Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Hawaiian Airlines, Inc., Southwest Airlines Co., and Air Tran Airways*

LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Defendants attempted to confer with counsel for the Plaintiffs, but was unable to do so.

/s/ Matthew Porter
Matthew A. Porter
January 20, 2006

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TEITELBAUM, <br><br> Plaintiffs <br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants | Civil Action No. <br> 04-12450-MEL |

### AFFIDAVIT OF RANDALL A. BRATER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

RANDALL A. BRATER, being duly sworn, deposes and says:

1. I am a member of, *inter alia*, the bar of the United States District Court for the District of Columbia and a member of the bar of the District of Columbia and submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am an attorney with the law firm of Arent Fox PLLC, 1050 Connecticut Avenue, NW, Washington, DC 20036-5339. I have been retained by Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), to represent them in this matter.

2. I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

10344080.1.LITIGATION

Signed under the pains and penalties of perjury.

/s/ Randall Brater
_____
Randall A. Brater
January 19, 2006

10344080.1.LITIGATION