UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* TEITELBAUM, )<br>    )<br>    Plaintiffs )<br>v.    )<br>    )<br>ALASKA AIRLINES, INC., et al., )<br>    )<br>    Defendants )<br>_____) | Civil Action No.<br>04-12450-MEL |

**MOTION OF ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, INC., HAWAIIAN AIRLINES, INC., SOUTHWEST AIRLINES CO., AND JETBLUE AIRWAYS CORPORATION FOR ADMISSION OF COUNSEL**
***PRO HAC VICE***

Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), hereby move for the admission *pro hac vice* of Randall A. Brater, Esquire, of the law firm of Arent Fox PLLC, in Washington, D.C., as counsel for the Domestic Defendants. As grounds for their motion, the Domestic Defendants state as follows:

Attorney Brater has extensive experience representing clients in cases arising under the federal False Claims Act, and his special expertise will aid in the speedy and efficient administration of justice in this matter. Attorney Brater will be associated for all purposes with Matthew A. Porter, a partner in the law firm of Dechert LLP, resident in Dechert's Boston office, who is admitted to practice before this Court and who will advise Attorney Brater concerning, *inter alia*, the Local Rules for the U.S. District Court for the District of Massachusetts and

10325503.1.LITIGATION

practice before this Court. In support of this Motion, the Domestic Defendants submit an affidavit from Attorney Brater.

WHEREFORE, the Domestic Defendants respectfully request that their Motion be allowed, and that Attorney Randall A. Brater be admitted to practice before this Court *pro hac vice*.

Dated:   Boston, Massachusetts
         January 20, 2006

                                          DECHERT LLP

                                          By: /s/ Matthew Porter
                                          Matthew A. Porter, BBO # 630625
                                          200 Clarendon Street, 27th Floor
                                          Boston, MA 02116
                                          (617) 728-7100
                                          *Attorneys for Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Hawaiian Airlines, Inc., Southwest Airlines Co., and Air Tran Airways*

LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Defendants attempted to confer with counsel for the Plaintiffs, but was unable to do so.

/s/ Matthew Porter
Matthew A. Porter
January 20, 2006