UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. TEITELBAUM, )<br>)<br>           Plaintiffs )<br>v. )<br>)<br>ALASKA AIRLINES, INC., et al., )<br>)<br>           Defendants )<br>_____ ) | Civil Action No.<br>04-12450-MEL |

## AFFIDAVIT OF RANDALL A. BRATER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

RANDALL A. BRATER, being duly sworn, deposes and says:

1. I am a member of, *inter alia*, the bar of the United States District Court for the District of Columbia and a member of the bar of the District of Columbia and submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am an attorney with the law firm of Arent Fox PLLC, 1050 Connecticut Avenue, NW, Washington, DC 20036-5339. I have been retained by Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Air Tran Airways, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants"), to represent them in this matter.

2. I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

Signed under the pains and penalties of perjury.

_____
Randall A. Brater
January 19, 2006

10344080.1.LITIGATION