UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* TEITELBAUM, )<br> )<br>    Plaintiffs )<br> )          Civil Action No.<br>v. )          04-12450-MEL<br> )<br>ALASKA AIRLINES, INC., et al., )<br> )<br>    Defendants ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Curtis C. Pfunder as attorney for defendant Air France in the above-captioned case.

Air France does not waive, and expressly reserves, its right to raise any and all substantive or procedural issues of any kind, including as to service and sufficiency of pleadings.

Dated: January 31, 2006        /s/ Curtis C. Pfunder_____
                               Curtis C. Pfunder
                               92 State Street
                               Boston, MA 02109
                               617 248-0200
                               BBO # 39770

*Of Counsel:*
William R. Connor III, Esq.
Donovan Parry McDermott & Radzik
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
212 376-6400

## Certificate of Service

    I certify that I caused a copy of the foregoing document to be served on counsel of record at the time of filing, via the Court's electronic case filing system.

                                         /s/ Curtis C. Pfunder
                                         Curtis C. Pfunder