UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,            )
*ex rel.* TEITELBAUM,                )
                                    )
    Plaintiffs                     )
                                    )   Civil Action No.
v.                                   )   04-12450-MEL
                                    )
ALASKA AIRLINES, INC., et al.,       )
                                    )
    Defendants                     )
_____ )

CORPORATE DISCLOSURE STATEMENT OF AIR FRANCE

Pursuant to Local Rule 7.3(A), defendant Air France makes the following corporate disclosure statement. Air France KLM Group is the parent of Air France (Societé Air France). No publicly traded entity owns more than 10% of Air France's stock.

Dated: January 31, 2006

    /s/ Curtis C. Pfunder_____
Curtis C. Pfunder
92 State Street
Boston, MA 02109
617 248-0200
BBO # 39770

*Of Counsel:*
William R. Connor III, Esq.
Donovan Parry McDermott & Radzik
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
212 376-6400

2

Certificate of Service

I certify that I caused a copy of the foregoing document to be served on counsel of record at the time of filing, via the Court's electronic case filing system.

/s/ Curtis C. Pfunder
Curtis C. Pfunder