UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM, <br><br> Plaintiff <br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 04-12450-MEL |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for defendants China Eastern Airlines Company, Ltd. and Singapore Airlines, Ltd. in the above-captioned matter.

By:  /s/ Kathleen M. Guilfoyle
Richard P. Campbell (BBO #071600)
Kathleen M. Guilfoyle (BBO #546512)
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

Counsel for defendants China Southern Airlines Company, Ltd., Iberia Líneas Aéreas de España, SA, d/b/a Iberia Airlines, Japan Airlines International Company, Ltd., KLM Royal Dutch Airlines, Quantas Empire Airways, Ltd., d/b/a Quantas Airlines and Virgin Atlantic Airways, Ltd., China Eastern Airlines Company, Ltd. and Singapore Airlines, Ltd.

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on February 1, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By: /s/ Kathleen M. Guilfoyle
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000