UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM,<br><br>　　　　　Plaintiff<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>04-12450-MEL |

### DEFENDANT CHINA EASTERN AIRLINES COMPANY LIMITED'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant China Eastern Airlines Company, Ltd. makes the following corporate disclosure statement: China Eastern Air Holding Company owns the majority of its stock and no other publicly-held entity owns more than ten percent (10%) of its stock.

By: /s/ Kathleen M. Guilfoyle
Richard P. Campbell (BBO #071600)
Kathleen M. Guilfoyle (BBO #546512)
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

### CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on February 1, 2006, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By: /s/ Kathleen M. Guilfoyle
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000