UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM,<br><br>　　　　Plaintiff<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>04-12450-MEL |

### NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell of Campbell Campbell Edwards & Conroy, P.C. as counsel for defendants China Eastern Airlines Company, Ltd. and Singapore Airlines, Ltd. in the above-captioned matter.

By:　/s/ Richard P. Campbell
　　　Richard P. Campbell (BBO #071600)
　　　CAMPBELL CAMPBELL EDWARDS
　　　& CONROY, P.C.
　　　One Constitution Plaza, 3rd Floor
　　　Boston, MA 02129
　　　(617) 241-3000

　　　Counsel for defendants China Southern Airlines Company, Ltd., Iberia Líneas Aéreas de España, SA, d/b/a Iberia Airlines, Japan Airlines International Company, Ltd., KLM Royal Dutch Airlines, Quantas Empire Airways, Ltd., d/b/a Quantas Airlines and Virgin Atlantic Airways, Ltd., China Eastern Airlines Company, Ltd. and Singapore Airlines, Ltd.

## CERTIFICATE OF SERVICE

    I, Kathleen M. Guilfoyle, hereby certify that on February 1, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

                              By:    /s/ Kathleen M. Guilfoyle
                                         One Constitution Plaza, 3rd Floor
                                         Boston, MA 02129
                                         (617) 241-3000