UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM, <br><br> Plaintiff <br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 04-12450-MEL |

**DEFENDANT SINGAPORE AIRLINES, LTD.'S LOCAL RULE 7.3
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), defendant Singapore Airlines, Ltd. makes the following corporate disclosure statement: no parent corporation or any publicly-held company owns ten percent (10%) or more of its stock.

By: /s/ Kathleen M. Guilfoyle
Richard P. Campbell (BBO #071600)
Kathleen M. Guilfoyle (BBO #546512)
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on February 1, 2006, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By: /s/ Kathleen M. Guilfoyle
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000