UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>    Plaintiffs<br><br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   04-12450-MEL<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION OF AIR FRANCE TO EXTEND TIME
TO RESPOND TO THE AMENDED COMPLAINT

Defendant Air France moves, with the assent of the plaintiffs, to extend the time for Air France to respond to the Amended Complaint, until February 23, 2006.

Dated: February 6, 2006

/s/ Curtis C. Pfunder
Curtis C. Pfunder (BBO # 39770)
92 State Street
Boston, MA 02109
617 248-0200

*Of Counsel:*
William R. Connor III, Esq.
Donovan Parry McDermott & Radzik
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
212 376-6400

Attorneys for defendant Air France

/s/ Evans J. Carter
Evans J. Carter, Esq.
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701
508 875-1669
*by CCP per telephone authorization Feb. 6, 2006*

### Certificate of Conference Under Local Rule 7.1(A)(2)

I certify that I attempted in good faith to resolve the issues presented in this motion with counsel for plaintiffs, Evans J. Carter, Esq., who has assented to this motion, on February 6, 2006.

/s/ Curtis C. Pfunder
Curtis C. Pfunder

### Certificate of Service

I certify that I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record, on February 6, 2006

/s/ Curtis C. Pfunder
Curtis C. Pfunder