## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,      )
ex rel. TEITELBAUM             )
                              )
        Plaintiffs,            )
                              )          Civil Action No.
v.                            )          04-12450-MEL
                              )
ALASKA AIRLINES, INC., et al., )
                              )
                              )
        Defendants.            )
_____)
```

### ASSENTED-TO MOTION OF DEUTSCHE LUFTHANSA A.G. TO EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant Deutsche Lufthansa A.G. ("Lufthansa") hereby moves, with the assent of the Plaintiffs, to extend the time to answer or otherwise respond to the Amended Complaint, up to and including February 17, 2006. This extension would correspond to the extensions granted to codefendants China Eastern Airlines Corporation Limited, China Southern Airlines Corporation, Virgin Atlantic Airways, Iberia Lineas Aergas De Espan, SA, Japan Airlines Company, Ltd., KLM Royal Dutch Airlines, Qantas Empire Airways, Ltd., and Singapore Airlines.

WHEREFORE, Lufthansa respectfully requests that its motion be allowed, and that the time for its response to the Amended Complaint be extended up to and including February 17, 2006.

Dated: February 9, 2006

Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Deutsche Lufthansa A.G.

By:  /s/ Daniel M. Esrick_____
Daniel M. Esrick, BBO #647676
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

David W. Ogden (admitted *pro hac vice*)
Ethan G. Shenkman (admitted *pro hac vice*)
Adam Raviv (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M St., NW
Washington, D.C.  20037
(202) 663-6000
(202) 663-6363 (fax)

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Deutsche Lufthansa A.G. attempted in good faith to resolve the

issues presented in this Motion with counsel for the Plaintiffs, who have assented to this Motion.

By:    /s/ Daniel M. Esrick_____
Daniel M. Esrick
February 9, 2006

## CERTIFICATE OF SERVICE

I, Daniel M. Esrick, hereby certify that on February 9, 2006, I caused a true and accurate
copy of the foregoing document to be served, via electronic mail, on all counsel of record.

/s/ Daniel M. Esrick_____
Daniel M. Esrick