UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TEITELBAUM, | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. |
| v. | ) | 04-12450-MEL |
| ALASKA AIRLINES, INC., et al., | ) ) ) | |
| Defendants | ) ) ) | |

## ASSENTED TO MOTION OF HAWAIIAN AIRLINES, INC. FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Defendant Hawaiian Airlines, Inc. ("Hawaiian"), hereby moves, with the assent of the Plaintiffs, for the admission *pro hac vice* of Sidney P. Levinson, Esquire, and John L. Jones II, Esquire, of the law firm of Hennigan, Bennett & Dorman LLP, in Los Angeles, CA, and Jonathan B. Hill, of the law firm of Dow, Lohnes & Albertson PLLC, in Washington, D.C., as counsel for Hawaiian. As grounds for its motion, Hawaiian states as follows:

Attorneys Levinson, Jones, and Hill have extensive experience representing Hawaiian, and their special expertise will aid in the speedy and efficient administration of justice in this matter. Attorneys Levinson, Jones, and Hill will be associated for all purposes with Matthew A. Porter, a partner in the law firm of Dechert LLP, resident in Dechert's Boston office, who is admitted to practice before this Court and who will advise Attorneys Levinson, Jones, and Hill concerning, *inter alia*, the Local Rules for the U.S. District Court for the District of Massachusetts and practice before this Court. In support of this Motion, Hawaiian submits affidavits from Attorneys Levinson, Jones, and Hill.

WHEREFORE, Hawaiian respectfully requests that its Motion be allowed, and that Attorneys Levinson, Jones, and Hill be admitted to practice before this Court *pro hac vice*.

Dated:    Boston, Massachusetts
          February 13, 2006

                              DECHERT LLP


                        By: _Matthew Porter_____
                              Matthew A. Porter, BBO # 630625
                              200 Clarendon Street, 27th Floor
                              Boston, MA  02116
                              (617) 728-7100
                              *Attorneys for Hawaiian Airlines, Inc.,*


                  <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

     I hereby certify that counsel for the Hawaiian Airlines, Inc. conferred with counsel for the
Plaintiff and the Plaintiff has assented to this Motion.


                              _Matthew Porter_
                              Matthew A. Porter
                              February 13, 2006

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* TEITELBAUM, | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. |
| v. | ) | 04-12450-MEL |
| | ) | |
| ALASKA AIRLINES, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### AFFIDAVIT OF JONATHAN B. HILL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

JONATHAN B. HILL, being duly sworn, deposes and says:

1.      I am a member of, *inter alia*, the bars of the State of Massachusetts, the U.S. District Courts for the District of Columbia and the District of Maryland, the U.S. Court of Claims, the U.S. Courts of Appeals for the First Circuit, Eleventh Circuit, and for the District of Columbia, and the Supreme Court of the United States.  I submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*.  I am a partner with the law firm of Dow, Lohnes & Albertson PLLC, 1200 New Hampshire Ave., NW, Washington, DC 20036-6802.  I have been retained by Defendant Hawaiian Airlines, Inc. ("Hawaiian"), to represent Hawaiian in this matter.

2.      I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.  My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

Signed under the pains and penalties of perjury.

Jonathan B. Hill
February 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>        Plaintiffs<br><br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
04-12450-MEL

## AFFIDAVIT OF SIDNEY P. LEVINSON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

SIDNEY P. LEVINSON, being duly sworn, deposes and says:

1.　　I am a member of, *inter alia*, the bars of the State of California, the Court of Appeals for the District of Columbia, and the following federal courts: the United States District Courts for the Central, Northern, and Southern Districts of California, the District of Columbia, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am a partner with the law firm of Hennigan, Bennett & Dorman LLP, 865 S. Figueroa Street, Suite 2900, Los Angeles, CA 90017. I have been retained by Defendant Hawaiian Airlines, Inc. ("Hawaiian"), to represent Hawaiian in this matter.

2.　　I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application

for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert

LLP, a member of the bar of this Court, who has filed an appearance in this action.

Signed under the pains and penalties of perjury.

Sidney P. Levinson
February 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TEITELBAUM,<br><br>Plaintiffs<br><br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.<br>04-12450-MEL |

## AFFIDAVIT OF JOHN L. JONES II IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

JOHN L. JONES II, being duly sworn, deposes and says:

1.  I am a member of, *inter alia*, the bars of the State of California, the State of New York, the U.S. District Courts for the Central, Northern, Eastern, and Southern Districts of California and for the Southern District of New York, and the United States Court of Appeals for the Ninth Circuit. I submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am an attorney with the law firm of Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. I have been retained by Defendant Hawaiian Airlines, Inc. ("Hawaiian"), to represent Hawaiian in this matter.

2.  I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

10344080.1.LITIGATION

Signed under the pains and penalties of perjury.

John L. Jones II
February 10, 2006