UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* TEITELBAUM, <br> <br> Plaintiffs <br> v. <br> <br> ALASKA AIRLINES, INC., et al., <br> <br> Defendants | Civil Action No. <br> 04-12450-MEL |

## ASSENTED TO MOTION OF HAWAIIAN AIRLINES, INC. FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Defendant Hawaiian Airlines, Inc. ("Hawaiian"), hereby moves, with the assent of the Plaintiffs, for the admission *pro hac vice* of Sidney P. Levinson, Esquire, and John L. Jones II, Esquire, of the law firm of Hennigan, Bennett & Dorman LLP, in Los Angeles, CA, and Jonathan B. Hill, of the law firm of Dow, Lohnes & Albertson PLLC, in Washington, D.C., as counsel for Hawaiian. As grounds for its motion, Hawaiian states as follows:

Attorneys Levinson, Jones, and Hill have extensive experience representing Hawaiian, and their special expertise will aid in the speedy and efficient administration of justice in this matter. Attorneys Levinson, Jones, and Hill will be associated for all purposes with Matthew A. Porter, a partner in the law firm of Dechert LLP, resident in Dechert's Boston office, who is admitted to practice before this Court and who will advise Attorneys Levinson, Jones, and Hill concerning, *inter alia*, the Local Rules for the U.S. District Court for the District of Massachusetts and practice before this Court. In support of this Motion, Hawaiian submits affidavits from Attorneys Levinson, Jones, and Hill.

WHEREFORE, Hawaiian respectfully requests that its Motion be allowed, and that Attorneys Levinson, Jones, and Hill be admitted to practice before this Court *pro hac vice*.

10325503.1.LITIGATION

-2-

Dated:  Boston, Massachusetts
        February 13, 2006

DECHERT LLP

By: *Matthew Porter*
Matthew A. Porter, BBO # 630625
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
*Attorneys for Hawaiian Airlines, Inc.,*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Hawaiian Airlines, Inc. conferred with counsel for the Plaintiff and the Plaintiff has assented to this Motion.

*Matthew Porter*
Matthew A. Porter
February 13, 2006