UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>        Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>        Defendants | Civil Action No.<br>04-12450-MEL |

### AFFIDAVIT OF JONATHAN B. HILL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

JONATHAN B. HILL, being duly sworn, deposes and says:

1.  I am a member of, *inter alia*, the bars of the State of Massachusetts, the U.S. District Courts for the District of Columbia and the District of Maryland, the U.S. Court of Claims, the U.S. Courts of Appeals for the First Circuit, Eleventh Circuit, and for the District of Columbia, and the Supreme Court of the United States. I submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am a partner with the law firm of Dow, Lohnes & Albertson PLLC, 1200 New Hampshire Ave., NW, Washington, DC 20036-6802. I have been retained by Defendant Hawaiian Airlines, Inc. ("Hawaiian"), to represent Hawaiian in this matter.

2.  I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

10344080.1.LITIGATION

Signed under the pains and penalties of perjury.

_____
Jonathan B. Hill
February 10, 2006