UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>        Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>        Defendants | Civil Action No.<br>04-12450-MEL |

## AFFIDAVIT OF SIDNEY P. LEVINSON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

SIDNEY P. LEVINSON, being duly sworn, deposes and says:

1.    I am a member of, *inter alia*, the bars of the State of California, the Court of Appeals for the District of Columbia, and the following federal courts:  the United States District Courts for the Central, Northern, and Southern Districts of California, the District of Columbia, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.  I submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*.  I am a partner with the law firm of Hennigan, Bennett & Dorman LLP, 865 S. Figueroa Street, Suite 2900, Los Angeles, CA  90017.  I have been retained by Defendant Hawaiian Airlines, Inc. ("Hawaiian"), to represent Hawaiian in this matter.

2.    I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.  My application

for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert

LLP, a member of the bar of this Court, who has filed an appearance in this action.

Signed under the pains and penalties of perjury.

_____
Sidney P. Levinson
February 10, 2006