UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>Plaintiffs<br>v.<br><br>ALASKA AIRLINES, INC., et al.,<br><br>Defendants | Civil Action No.<br>04-12450-MEL |

### AFFIDAVIT OF JOHN L. JONES II IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

JOHN L. JONES II, being duly sworn, deposes and says:

1.  I am a member of, *inter alia*, the bars of the State of California, the State of New York, the U.S. District Courts for the Central, Northern, Eastern, and Southern Districts of California and for the Southern District of New York, and the United States Court of Appeals for the Ninth Circuit. I submit this affidavit in support of my application for admission to appear and practice in this Court in this matter *pro hac vice*. I am an attorney with the law firm of Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, CA 90017. I have been retained by Defendant Hawaiian Airlines, Inc. ("Hawaiian"), to represent Hawaiian in this matter.

2.  I hereby certify that I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. My application for leave to practice in this Court is on motion of Matthew A. Porter of the law firm of Dechert LLP, a member of the bar of this Court, who has filed an appearance in this action.

10344080.1.LITIGATION

Signed under the pains and penalties of perjury.

_____
John L. Jones II
February 10, 2006