# ORDER

**5500.1**

# PASSENGER FACILITY CHARGE




August 9, 2001

**DEPARTMENT OF TRANSPORTATION**
**FEDERAL AVIATION ADMINISTRATION**

Distribution: ZRP-510; A-FAS-1 (Ltd) Initiated By: APP-530

# TABLE OF CONTENTS

**CHAPTER 1. INTRODUCTION** ..... **1**

SECTION 1. GENERAL ..... 1
- 1-1. Overview ..... 1
- 1-2. Distribution ..... 1
- 1-3. Authorizing Legislation ..... 1
- 1-4. Policy and Guidance Principles ..... 1
- 1-5. Order Format ..... 1
- 1-6. Definitions ..... 3
- 1-7 to 1-10. Reserved ..... 8

SECTION 2. TITLE 49, UNITED STATES CODE ..... 8
- 1-11. PFC Authority-Section 40117 ..... 8
- 1-12. Reduction in AIP Apportionments-Section 47114(f) ..... 10
- 1-13. Use of Funds Recovered Under Section 47114(f) ..... 11
- 1-14 to 1-15. Reserved ..... 11

SECTION 3. DELEGATION OF AUTHORITY ..... 11
- 1-16. Overview ..... 11
- 1-17. Delegation of Limited Authority to FAA Airports Offices ..... 11
- 1-18 to 1-20. Reserved ..... 12

SECTION 4. OVERVIEW OF THE PFC PROCESS ..... 12
- 1-21. The PFC Process ..... 12
- 1-22. PFC Program and Its Relationship to AIP ..... 12
- 1-23 to 1-25. Reserved. ..... 13

SECTION 5. REDUCTION IN AIP APPORTIONMENTS ..... 13
- 1-26. Apportionment Reduction for Collection Levels of $3 or Below ..... 13
- 1-27. Apportionment Reduction for Collection Levels Above $3 ..... 13
- 1-28. Implementation of Apportionment Reduction ..... 14
- 1-29. Adjustments to Apportionment Reduction ..... 14
- 1-30 to 1-35. Reserved ..... 14

**CHAPTER 2. ADVANCE COORDINATION** ..... **21**

SECTION 1. BACKGROUND ..... 21
- 2-1. Overview ..... 21
- 2-2 to 2-5. Reserved ..... 21

SECTION 2. OPTIONAL APPLICATION FORMULATION MEETING ..... 21
- 2-6. Overview ..... 21
- 2-7. Project Description, Eligibility, Objectives, and Justification ..... 22
- 2-8. Project Cost and Funding Strategies ..... 22
- 2-9. Project Schedules and Environmental, Airspace, and ALP Requirements ..... 23
- 2-10. Alternative Projects (for impose-only projects) ..... 23
- 2-11. Preparation for and Timing of Carrier Consultation ..... 23
- 2-12. Application Forms ..... 24
- 2-13. Public Agency PFC Assurances ..... 24

2-14. Exemption of a Class or Classes of Carriers ........ 25
2-15. Additional Requirements for Imposing a PFC Level Above $3 ........ 25
2-16. Identification of Additional Information ........ 25
2-17 to 2-20. Reserved ........ 26
SECTION 3. CONSULTATION MEETING ........ 26
2-21. Requirement to Consult ........ 26
2-22. Content of Notice to Carriers ........ 26
2-23. Carrier Written Acknowledgment ........ 27
2-24. Consultation Meeting ........ 27
2-25. Carrier Written Certification of Agreement or Disagreement ........ 28
2-26. Carrier Failure to Provide Written Acknowledgment or Certification of Agreement/Disagreement ........ 28
2-27. Summary of Meeting ........ 28
2-28. Changes by Public Agency after the Consultation ........ 29
2-29 to 2-35. Reserved ........ 29
SECTION 4. DRAFT PFC APPLICATION REVIEW ........ 29
2-36. Overview ........ 29
2-37 to 2-40. Reserved ........ 30

**CHAPTER 3. APPLICATION SUBMITTAL ........ 35**

SECTION 1. GENERAL ........ 35
3-1. Overview ........ 35
3-2. Flow Chart of Approval/Disapproval Process ........ 35
3-3 to 3-5. Reserved ........ 35
SECTION 2. PROCEDURES FOR SUBMITTAL ........ 35
3-6. Form ........ 35
3-7. Timing of Submission ........ 35
3-8. Application File ........ 37
3-9 to 3-15. Reserved ........ 38
SECTION 3. APPLICATION COMPLETENESS REVIEW ........ 38
3-16. Overview ........ 38
3-17. Receipt of Application ........ 39
3-18. Determination of Completeness ........ 39
3-19. Processing of Application Supplement ........ 42
3-20. Public Agency Coordination ........ 42
3-21 to 3-25. Reserved ........ 42

**CHAPTER 4. PROJECT AND APPLICATION REVIEW ........ 49**

SECTION 1. GENERAL ........ 49
4-1. Overview ........ 49
4-2. Application Evaluation ........ 49
4-3 to 4-5. Reserved ........ 50
SECTION 2. EVALUATION CRITERIA ........ 50
4-6. Project Eligibility ........ 50
4-7. Project Objective ........ 55
4-8. Project Justification ........ 56
4-9. Amount and Duration of PFC ........ 61
4-10. Collection Process ........ 62
4-11. Exclusion of Class or Classes of Carriers ........ 63
4-12. Compliance with the ANCA ........ 65
4-13. Compliance with Airport Revenue Use Requirements ........ 66
4-14. Alternative Uses ........ 66
4-15. Consultation Procedures ........ 67

4-16. Air Carrier Consultation Comments ........ 68
4-17. ALP/Airspace/NEPA Requirements ........ 69
4-18. Schedule for Project Implementation ........ 69
4-19. Financial Viability ........ 70
4-20 to 4-25. Reserved ........ 71

**CHAPTER 5. APPROVAL/DISAPPROVAL OF APPLICATIONS ........ 75**

SECTION 1. GENERAL ........ 75
5-1. Overview ........ 75
5-2 to 5-5. Reserved ........ 75
SECTION 2. DECISIONMAKING AUTHORITY ........ 75
5-6. Determining Delegation of Record of Decision ........ 75
5-7 to 5-10. Reserved ........ 77
SECTION 3. ROD PREPARATION PROCESS ........ 77
5-11. Application Approval/Disapproval Documentation ........ 77
5-12. ROD Language to Address Exceptional Circumstances ........ 77
5-13. Treatment of Federal Register Comments in ROD's ........ 80
5-14. Notification of Approval/Disapproval ........ 82
5-15 to 5-20. Reserved ........ 82

**CHAPTER 6. COLLECTION, HANDLING, AND REMITTANCE OF PFC'S ........ 87**

SECTION 1. GENERAL ........ 87
6-1. Overview ........ 87
SECTION 2. PUBLIC AGENCY COLLECTION ISSUES ........ 87
6-2. Public Agency Notification to Carriers ........ 87
6-3. Public Agency Notification to Excluded Carriers ........ 88
6-4. Beginning Collection ........ 88
6-5. Adjustments to the Duration of Collection ........ 88
6-6. Expiration of Collection ........ 89
6-7 to 6-10. Reserved ........ 89
SECTION 3. COLLECTION ON TICKETS ISSUED IN THE UNITED STATES ........ 90
6-11. Collection of PFC's ........ 90
6-12. Information Required on Tickets ........ 90
6-13. Adjustments ........ 90
6-14. Essential Air Service (EAS) ........ 91
6-15. Frequent Flyer Awards ........ 91
6-16. Exemptions for Certain Flights in Hawaii and Alaska ........ 92
6-17 to 6-20. Reserved ........ 92
SECTION 4. COLLECTION OF PFC'S ON TICKETS ISSUED OUTSIDE THE UNITED STATES ........ 92
6-21. Regulatory Options for Collecting PFC's ........ 92
6-22. No Air Service to United States ........ 92
6-23. Collection for the Gateway Airport ........ 92
6-24. Collection at Ticket Issuance ........ 93
6-25. Collection at Time of Enplanement ........ 93
6-26. Handling of PFC ........ 93
6-27 to 6-30. Reserved ........ 93
SECTION 5. AIR CARRIER ACCOUNTING AND HANDLING OF PFC REVENUE COLLECTED ........ 94
6-31. Overview ........ 94
6-32. Air Carrier Remittance of PFC Revenue Collected ........ 94
6-33. Property Interests ........ 94
6-34. Collection Compensation ........ 95
6-35 to 6-40. Reserved ........ 95

**CHAPTER 7. REPORTING, RECORDKEEPING, AND AUDITS ........ 99**

SECTION 1. BACKGROUND ........ 99
7-1. Overview ........ 99
7-2 to 7-5. Reserved ........ 99
SECTION 2. PUBLIC AGENCY REPORTING REQUIREMENTS ........ 99
7-6. Quarterly Report ........ 99
7-7. Large/Medium Hub Airport Yearly Report ........ 100
7-8. Annual Collections Report ........ 100
7-9 to 7-10. Reserved ........ 100
SECTION 3. AIR CARRIER REPORTING REQUIREMENTS ........ 101
7-11. Quarterly Report ........ 101
7-12 to 7-15. Reserved ........ 101
SECTION 4. RECORDKEEPING AND AUDITING—PUBLIC AGENCY ........ 101
7-16. Account ........ 101
7-17. Accounting Record ........ 101
7-18. Audit ........ 102
7-19. Acceptable Level of Assurance ........ 102
7-20. FAA Review of Public Agency Audits ........ 103
7-21 to 7-25. Reserved ........ 103
SECTION 5. RECORDKEEPING AND AUDIT—AIR CARRIERS ........ 103
7-26. Account ........ 103
7-27. Audit ........ 103
7-28. Acceptable Level of Assurance ........ 104
7-29. Review of Air Carrier Audits ........ 104
7-30 to 7-35. Reserved ........ 104
SECTION 6. FEDERAL OVERSIGHT ........ 104
7-36. Public Agency ........ 104
7-37. Carriers ........ 105
7-38. Access to Documentation ........ 105
7-39 to 7-45. Reserved ........ 105

**CHAPTER 8. APPLICATION OVERSIGHT ........ 109**

SECTION 1. GENERAL ........ 109
8-1. Overview ........ 109
8-2 to 8-5. Reserved ........ 109
SECTION 2. DURATION OF AUTHORITY TO IMPOSE PFC'S BEFORE PROJECT IMPLEMENTATION ........ 109
8-6. Timing ........ 109
8-7. Reserved ........ 111
8-8. Notification of Carriers ........ 111
8-9. Restriction on Authorization to Re-Impose a PFC ........ 111
8-10 to 8-20. Reserved ........ 111
SECTION 3. DURATION OF AUTHORITY TO IMPOSE A PFC AFTER PROJECT IMPLEMENTATION ........ 111
8-21. Overview ........ 111
8-22 to 8-30. Reserved ........ 112
SECTION 4. EXCESS PFC REVENUE ........ 112
8-31. Overview ........ 112
8-32. FAA Monitoring of Project Costs ........ 112
8-33 to 8-34. Reserved ........ 113
8-35. Excess PFC Revenue Plan ........ 113
8-36 to 8-40. Reserved ........ 114

**CHAPTER 9. EXTENSIONS ..... 119**

SECTION 1. GENERAL ..... 119
9-1. Overview ..... 119
9-2 to 9-5. Reserved ..... 119
SECTION 2. NOTICE ..... 119
9-6. Public Notice ..... 119
9-7 to 9-10. Reserved ..... 119
SECTION 3. REQUEST FOR EXTENSION ..... 119
9-11. Request ..... 119
9-12. Description of Progress ..... 119
9-13. Schedule ..... 120
9-14. Explanation for Delay ..... 120
9-15. Summary Financial Report ..... 120
9-16. Carrier Consultation ..... 120
9-17. Local Notice Comments ..... 120
9-18. Confirmation/Validation of Alternative Projects ..... 120
9-19 to 9-20. Reserved ..... 120
SECTION 4. REVIEW AND APPROVAL/DISAPPROVAL ..... 120
9-21. Review ..... 120
9-22. Approval/Disapproval ..... 121
9-23 to 9-30. Reserved ..... 122

**CHAPTER 10. PFC LEVELS ABOVE $3 ..... 127**

SECTION 1. GENERAL ..... 127
10-1. Overview ..... 127
10-2 to 10-5. Reserved ..... 127
SECTION 2. PFC LEVELS ABOVE $3 AT SMALL AIRPORTS ..... 128
10-6. Method to Evaluate PFC Level Above $3 at Small Airports ..... 128
10-7. Finding That Projects Cannot Be AIP Funded ..... 128
10-8. Finding That Airside Needs Are Met ..... 130
10-9. Treatment of a Project Qualifying for PFC Approval at $1, $2, or $3 Level But Not at Levels Above $3 ..... 131
10-10. Reserved ..... 131
SECTION 3. PFC LEVELS ABOVE $3 AT MEDIUM AND LARGE HUB AIRPORTS ..... 131
10-11. Method to Raise PFC Level Above $3 at Large and Medium Hub Airports ..... 131
10-12. Determination of Significant Contribution Procedures ..... 131
10-13. Procedures ..... 132
10-14 to 10-15. Reserved ..... 133
SECTION 4. ESTABLISHMENT OF APPLICATION PFC LEVEL ..... 133
10-16. Overview ..... 133
10-17. Setting the PFC Level for a Single Project Application ..... 133
10-18. Policy on Setting the PFC Level for Multiple Projects with Mixed PFC Levels ..... 133
10-19. Procedure to Set the PFC Level for a Single Application with Multiple Projects ..... 135
10-20. Examples of PFC Level Calculations for Single Applications ..... 137
10-21. Procedure for Multiple RODs ..... 138
10-22. Examples of PFC Level Calculations for Multiple RODs ..... 142
10-23 to 10-25. Reserved ..... 144
SECTION 5. OTHER MODIFICATIONS TO THE PFC PROGRAM ..... 144
10-26. Additional Reduction in AIP Apportionments ..... 144
10-27. Other Effects of AIR-21 on the PFC Program ..... 145
10-28 to 10-30. Reserved ..... 148

**CHAPTER 11. AMENDMENTS NOT REQUIRING CONSULTATION ........ 153**

SECTION 1. GENERAL ........ 153
11-1. Overview ........ 153
11-2 to 11-5. Reserved ........ 153
SECTION 2. AMENDMENTS WHICH CAN BE INSTITUTED BY PUBLIC AGENCY NOTICE ........ 153
11-6. Type and Timing of Amendments ........ 153
11-7. Notice—Content and Distribution ........ 155
11-8. FAA Review ........ 155
11-9 to 11-15. Reserved ........ 156

**CHAPTER 12. AMENDMENTS REQUIRING CONSULTATION ........ 161**

SECTION 1. GENERAL ........ 161
12-1. Overview ........ 161
12-2 to 12-5. Reserved ........ 161
SECTION 2. AMENDMENTS WHICH REQUIRE CONSULTATION WITH AIR CARRIERS AND FORMAL SUBMISSION TO FAA ........ 161
12-6. Type and Timing of Amendment ........ 161
12-7. Notice—Content and Distribution ........ 162
12-8 to 12-10. Reserved ........ 164
SECTION 3. NO CARRIER DISAGREEMENT ........ 164
12-11. FAA Review of Proposal and Approval/Disapproval ........ 164
12-12. Public Agency Notice to Carriers ........ 165
12-13 to 12-15. Reserved ........ 165
SECTION 4. CARRIER DISAGREEMENT ........ 165
12-16. FAA Review and Approval/Disapproval ........ 165
12-17. Public Agency Notice to Carriers ........ 166
12-18 to 12-20. Reserved ........ 166
SECTION 5. ADMINISTRATIVE AMENDMENTS ........ 166
12-21. Overview ........ 166
12-22. Administrative Amendment Due to Use Application ........ 166
12-23. Administrative Amendment Due to Automatic Expiration ........ 167
12-24 to 12-25. Reserved ........ 167

**CHAPTER 13. TERMINATION PROCEDURES ........ 171**

SECTION 1. GENERAL ........ 171
13-1. Overview ........ 171
13-2. Identification of Potential Violation ........ 171
13-3. Investigation of Complaints ........ 172
13-4 to 13-5. Reserved ........ 172
SECTION 2. INFORMAL RESOLUTION ........ 172
13-6. Letter to Public Agency ........ 172
13-7. Meeting Between FAA and Public Agency ........ 173
13-8. Informal Resolution of the Violation ........ 173
13-9 to 13-15. Reserved ........ 173
SECTION 3. FORMAL TERMINATION PROCEEDINGS ........ 173
13-16. FAA Determination That Informal Resolution was Not Successful ........ 173
13-17. Federal Register Notice of Proposed Termination ........ 174
13-18. Public Hearing ........ 174
13-19. Final Decision ........ 174
13-20 to 13-25. Reserved ........ 176
SECTION 4. IMPACT ON AIP ........ 176
13-26. Loss of Federal Grant Funds ........ 176
13-27. Amount of Reduction ........ 176

13-28. Impact on Existing Grants ..... 176
13-29 to 13-30. Reserved ..... 176
SECTION 5. SPECIAL INFORMAL RESOLUTION AND TERMINATION PROTECTION TO FACILITATE PFC STAND-ALONE FINANCING ..... 176
13-31. Overview ..... 176
13-32. Protracted Informal Resolution ..... 176
13-33. Termination Protection ..... 177
13-34 to 13-35. Reserved ..... 177

**CHAPTER 14. PROJECT COMPLETION AND PFC CLOSEOUT ..... 181**

SECTION 1. GENERAL ..... 181
14-1. Overview ..... 181
14-2. Recordkeeping and Audit ..... 181
14-3 to 14-5. Reserved ..... 181
SECTION 2. PFC PROJECT COMPLETION ..... 181
14-6. Physical Completion Requirements, No AIP Funds ..... 181
14-7. Joint PFC/AIP Funded Projects ..... 182
14-8. Financial Completion Requirements ..... 182
14-9. FAA Actions Associated with Project Physical Completion ..... 182
14-10. FAA Actions Associated with Project Financial Completion ..... 183
14-11. Project Completion Notification and Record Requirements ..... 183
14-12 to 14-15. Reserved ..... 184
SECTION 3. PFC DECISION CLOSEOUT ..... 184
14-16. Overview ..... 184
14-17. Quarterly Reports ..... 184
14-18. PFC Decision Closeout Report ..... 184
14-19. Decision Closeout Notification and Record Requirements ..... 185
14-20. Use of Excess PFC Revenue ..... 185
14-21. Loss of Federal Airport Grant Funds ..... 186
14-22 to 14-25. Reserved ..... 186

**CHAPTER 15. ASSURANCES ..... 191**

SECTION 1. GENERAL ..... 191
15-1. Overview ..... 191
15-2 to 15-5. Reserved ..... 191
SECTION 2. DISCUSSION OF ASSURANCES ..... 191
15-6. Responsibility and Authority of the Public Agency ..... 191
15-7. Compliance with Regulation ..... 192
15-8. Compliance with State and Local Laws and Regulations ..... 192
15-9. Environmental, Airspace, and ALP Requirements ..... 193
15-10. Nonexclusivity of Contractual Agreements ..... 193
15-11. Carryover Provisions ..... 195
15-12. Competitive Access ..... 196
15-13. Rates, Fees, and Charges ..... 197
15-14. Standards and Specifications ..... 199
15-15. Recordkeeping and Audit ..... 200
15-16. Reports ..... 200
15-17. ANCA ..... 200
15-18 to 15-25. Reserved ..... 201

**APPENDIX 1. PFC PROCESS FLOWCHARTS** .......... 1

1-1. Application for Authority to Impose a PFC .......... 3
1-2. Application for Authority to Impose and Use a PFC .......... 5
1-3. Application for Authority to Use a PFC .......... 7

**APPENDIX 2. ASSURANCES** .......... 1

**APPENDIX 3. PROJECT CONSTRUCTION OVERSIGHT** .......... 1

SECTION 1. GENERAL .......... 1
3-1. Overview .......... 1
3-2. Coordination of Projects .......... 1
SECTION 2. PFC/AIP FUNDED PROJECTS .......... 1
3-3. Oversight of PFC/AIP Funded Projects .......... 1
3-4 to 3-6. Reserved .......... 1
SECTION 3. PFC FUNDED PROJECTS—NO AIP FUNDS .......... 1
3-7. Preconstruction Conference .......... 1
3-8. Labor/Disadvantaged Business Enterprise (DBE) .......... 2
3-9. Design, Construction, and Equipment Standards .......... 2
3-10. Notice to Proceed .......... 2
3-11. Construction Records .......... 2
3-12. Safety .......... 2
3-13. Parts 107 and 139 Requirements .......... 2
3-14. Environmental Compliance .......... 3
3-15 to 3-20. Reserved .......... 3

**APPENDIX 4. AIRPORT DEBT FINANCING** .......... 1

4-1. Overview .......... 1
4-2. Debt Financing Associated with PFC Applications .......... 1
4-3. Definitions of Financing Terms .......... 1
4-4. Types of Financing Scenarios .......... 2
4-5. The FAA's Role in PFC-Backed Financing .......... 3
4-6. Protracted Informal Resolution .......... 3
4-7. Termination Protection .......... 4

discrepancies raised against public agencies that have not used the guidance are more likely to trigger additional FAA monitoring activities, including requiring additional reports, the undertaking of an audit, or a request for DOT OIG intervention. Such an approach shall not foreclose other FAA options for responding to and enforcing correct holding and use procedures.

**7-20. FAA REVIEW OF PUBLIC AGENCY AUDITS.** The FAA Airports office should request that each public agency subject to the PFC annual audit requirement submit a copy of its audit to the FAA Airport office each year. The FAA Airports office should promptly review each audit to determine whether the auditor has issued an unqualified opinion. If a public agency fails to complete an audit, or if the auditor issues other than an unqualified opinion, the FAA Airports office should notify APP-530. Moreover, APP-530 should be notified if any air carrier or other party reports potential problems with the audit findings. The FAA intranet documents site includes a checklist that is recommended for use in reviewing public agency audits.

**7-21 to 7-25. RESERVED.**

## SECTION 5. RECORDKEEPING AND AUDIT—AIR CARRIERS

**7-26. ACCOUNT.** Collecting carriers shall establish and maintain, for each public agency for which they collect a PFC, an accounting record of PFC revenue collected, remitted, refunded, and compensation retained under §158.53(a). The accounting record shall identify each airport at which the passengers were enplaned.

**7-27. AUDIT.** Each collecting carrier that collects a PFC from more than 50,000 revenue passengers annually shall provide for an audit, at least annually, of its PFC account.

**a.** The audit shall be performed by an accredited independent public accountant and may be of limited scope. Limited scope means that the public accountant must perform only those tests and procedures necessary to render the opinions required below. The accountant shall express an opinion on the fairness and reasonableness of the carrier's procedures for collecting, holding, and dispersing PFC revenue (also known as an examination of the air carrier's system of "internal controls"). The opinion shall also address whether the quarterly reports required under §158.65 of the PFC regulation fairly represent the transactions in the PFC account (also known as a "report on PFC schedules"). Transactions are defined as the account transactions required to represent the receiving, holding, and dispersing of PFC revenues by the air carrier.

**b.** The auditor must, at a minimum, provide the opinions described above. Specific audit guidelines for the PFC program are contained in the Passenger Facility Charge Audit Guide for Air Carriers, (64 FR 44777), also available on the PFC internet document site.

**c.** For the purposes of an audit under this section, collection is defined as the point when agents or other intermediaries remit PFC revenue to the carrier.

**d.** Upon request, a copy of the audit shall be provided to each public agency for which a PFC is collected. The FAA may request copies of air carrier audits under the "Federal Oversight" provisions contained in §158.71 of the PFC regulation (see paragraphs 7-28, 7-29, and 7-37).

**e.** In those cases where the FAA deems that an audit may be necessary for those carriers with less than 50,000 PFC passengers annually, the audit would be performed by the Administrator, the Secretary or the Comptroller General, or their designee, as provided in §158.71.

**7-28. ACCEPTABLE LEVEL OF ASSURANCE.** The FAA has determined that the use of the procedures in the Passenger Facility Charge Audit Guide for Air Carriers will provide sufficient programmatic assurance that the air carrier has met the requirements of §158.69 or is correcting items noted in its audit report such that the FAA would not normally require additional reports, undertake an audit of the air carrier, or request DOT OIG intervention on the FAA's behalf. The FAA would not normally initiate further monitoring efforts unless a subsequent alleged gross violation of the regulation is substantiated.

However, the FAA will not have the same level of confidence that a air carrier which has not used the guidance is in compliance with the collection and remittance requirements of §158.69. Accordingly, alleged collection and remittance discrepancies raised against air carriers that have not used the guidance are more likely to trigger additional FAA monitoring activities, including requiring additional reports, the undertaking of an audit, or a request for DOT OIG intervention. Such an approach shall not foreclose other FAA options for responding to improper collection and remittance practices and enforcing correct collection and remittance procedures.

**7-29. REVIEW OF AIR CARRIER AUDITS.** APP-530 will request copies of air carrier annual audits to review them for completeness. Possible problems in air carrier annual audits identified by public agencies should be promptly reported to APP-530 and the Office of the Secretary of Transportation, Assistant General Counsel for Environmental, Civil Rights, and General Law (C-10).

**7-30 to 7-35. RESERVED.**

## SECTION 6. FEDERAL OVERSIGHT

**7-36. PUBLIC AGENCY.** The FAA may periodically audit and/or review the use of PFC revenue by a public agency. The purpose of the audit or review is to ensure that

the public agency is in compliance with the requirements of the regulation and 49 U.S.C. 40117. As noted in 7-19, the FAA will be less likely to undertake an audit of a public agency if the public agency follows the steps recommended in FAA's Passenger Facility Charge Audit Guide for Public Agencies.

**7-37. AIR CARRIERS.** The FAA may periodically audit and/or review the collection and remittance by the collecting carriers of PFC revenue. The purpose of the audit or review is to ensure collecting carriers are in compliance with the requirements of the regulation and 49 U.S.C. 40117. As noted in 7-28, the FAA will be less likely to undertake an audit of an air carrier if the air carrier follows the steps recommended in FAA's Passenger Facility Charge Audit Guide for Air Carriers.

**7-38. ACCESS TO DOCUMENTATION.** Public agencies and carriers shall allow any authorized representative of the Administrator, the Secretary of Transportation, or the Comptroller General of the U.S., access to any of its books, documents, papers, and records pertinent to PFC's.

**7-39 to 7-45. RESERVED.**