UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* TEITELBAUM, <br><br> Plaintiffs <br> v. <br><br> ALASKA AIRLINES, INC., et al., <br><br> Defendants | Civil Action No. <br> 04-12450-MEL |

### ASSENTED TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY (20) PAGES IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, INC., HAWAIIAN AIRLINES, INC., SOUTHWEST AIRLINES CO., AND JETBLUE AIRWAYS CORPORATION

Pursuant to Local Rule 7.1, Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., JetBlue Airways Corporation, Hawaiian Airlines, Inc., Air Tran Airways, and Southwest Airlines Co. (the "Domestic Defendants") hereby move, with the assent of the plaintiff, to file a memorandum of law in excess of twenty (20) pages in support of their Motion to Dismiss. The Domestic Defendants' memorandum of law is twenty-six (26) pages long, and the Domestic Defendants submit that an additional (6) pages are necessary so that the factual and legal issues in this case are fully briefed before this Court rules on the Domestic Defendants' Motion to Dismiss.

WHEREFORE, the Domestic Defendants respectfully request that their assented to motion be allowed, that the Court accept the Defendants' memorandum in support of their Motion to Dismiss, and grant the Defendants such other and further relief as is just and proper.

10328380.1.LITIGATION

Respectfully submitted,

*Matthew Porter* (signature)

Ronald H. Clark, D.C. Bar No. 283614 (*pro hac vice*)
Randall A. Brater, D.C. Bar No. 475419 (*pro hac vice*)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-8191

DECHERT LLP
Matthew A. Porter, BBO #630625
200 Clarendon Street, 27th Floor
Boston, MA 02116

*Attorneys for Alaska Airlines, Inc., American Airlines, Inc., Continental Airlines, Inc., Southwest Airlines, Hawaiian Airlines, Air Tran Airways, S.A., and JetBlue Airways Corp.*

Dated: February 13, 2006

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the Domestic Defendants attempted to confer with plaintiffs' counsel in a good faith effort to resolve or narrow the issues presented by this motion and plaintiffs' counsel has indicated his assent to the motion and to the filing of a brief in excess of 20 pages.

*Matthew Porter* (signature)

Matthew A. Porter
Date: February 13, 2006