UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL, | ) | |
| JENNIFER L. TEITELBAUM, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 04-12450-MEL |
| ALASKA AIRLINES, et al. | ) | |
| Defendants | ) | |

## ASSSENTED TO MOTION TO ENLARGE TIME
## TO FILE RESPONSIVE PLEADINGS

Now comes the Defendant, Air Jamaica, and respectfully moves this Honorable Court to extend the time in which Defendant has to file responsive pleadings up to and including February 24, 2006. Counsel for the Plaintiff has assented to this Motion.

Respectfully Submitted
Defendant
**AIR JAMAICA**
By its attorneys,


/s/ Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr.
BBO No. 127280
Eileen M. Quill
BBO No. 567745
Joseph L. Doherty, Jr. & Associates
225 Franklin Street, 26th Floor
Boston, MA 02110
(617) 217-2837

*ASSENTED TO:*


/s/ Evans J. Carter
**Evans J. Carter**
Hargraves, Karb, Wilcox & Galvani
2nd Floor, West Wing
550 Cochituate Road
PO Box 966
Framingham, MA 01701