**CERTIFICATE OF SERVICE**

      I, Joseph L. Doherty, Jr., attorney for the Defendant, Air Jamaica, do hereby certify that on this 13th day of February, 2006, I served a copy of the within document by filing it electronically on the Pacer System.  Consequently, all counsel will receive e-mail notices of the filing of the document.

      /s/ Joseph L. Doherty, Jr.
      Joseph L. Doherty, Jr.
      BBO No. 127280
      Joseph L. Doherty, Jr. & Associates
      225 Franklin Street, 26th Floor
      Boston, MA 02110

(617) 217-2837