UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TEITELBAUM,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALASKA AIRLINES, *ET AL.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 04-12450-MEL |

### REQUEST FOR ORAL ARGUMENT IN SUPPORT OF MOTION TO DISMISS BY ALASKA AIRLINES, INC., AMERICAN AIRLINES, INC., AIR TRAN AIRWAYS, CONTINENTAL AIRLINES, HAWAIIAN AIRLINES, INC., SOUTHWEST AIRLINES CO., AND JETBLUE AIRWAYS CORPORATION

Pursuant to Local Rule 7.1(D), Defendants Alaska Airlines, Inc., American Airlines, Inc., AirTran Airways, Continental Airlines, Hawaiian Airlines, Inc., Southwest Airlines Co., and JetBlue Airways Corporation (the "Domestic Defendants") respectfully request that this Court grant them the opportunity for oral argument in support of their motion to dismiss the *qui tam* amended complaint in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Matthew Pita
　　　　　　　　　　　　　　　　　　Ronald H. Clark, D.C. Bar No. 283614 (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Randall A. Brater, D.C. Bar No. 475419 (*pro hac vice*)
　　　　　　　　　　　　　　　　　　ARENT FOX PLLC
　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5339
　　　　　　　　　　　　　　　　　　Telephone: (202) 857-8191

DECHERT LLP
Matthew A. Porter, BBO #630625
200 Clarendon Street, 27th Floor
Boston, MA 02116

*Attorneys for Alaska Airlines, Inc., American Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., Hawaiian Airlines, Inc., AirTran Airways, S.A., and JetBlue Airways Corp.*

Dated: February 22, 2006