23/12 '05 16:05 FAX 33 1 41566719        AIR FRANCE DB AJ                    ☒003

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM,
          PLaintiff

V.

QANTAS EMPIRE AIRWAYS, LTD.,
d/b/a QANTAS AIRWAYS, et al.
          Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-12450 MEL

TO: (Name and address of Defendant)

QANTAS EMPIRE AIRWAYS, LTD,
d/b/a QANTAS AIRWAYS
ATTN: Geof Dixon, CEO
ABN 16009661901
203 Coward Street
Mascot 2020
New South Wales, Australia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA 01701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service



CLERK

(By) DEPUTY CLERK

DATE  11/19/2004

23/12 '05 16:05 FAX 33 1 41566719      AIR_FRANCE DB AJ                                 ☒002

# EVANS J. CARTER, P.C.

P.O. Box 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1669
TELEFAX: (508) 875-1449

E-Mail: ejcatty1@Verizon.net
Office: 860 Worcester Road (Rt. 9), 2nd Floor
Framingham, MA 01702

December 9, 2005

**REGISTERED MAIL**
<u>RETURN RECEIPT REQUESTED</u>

Geof Dixon, CEO
Qantas Airways Limited
ABN 16 009 661 901
203 Coward Street
Mascot 2020
New South Wales, Australia

    Re:    USA Ex Rel, Jennifer L. Teitebaum
    vs.    Quantas Airways Limited, et al.
           U.S. District Court, District of Massachusetts,
           Civil Action No. 04-12450-MEL

Dear Mr. Dixon:

    Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

    Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

    As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

    I remain

                Very truly yours,

                Evans J. Carter
                EVANS J. CARTER

EJC/nec

---

ENREGISTRE
A CL.DA
N°: NK 2005
N°: 05666
LE 6 DEC. 2005

TRANSMIS
LE
A DB.AJ
PHOTOCOPIE(S)