23/12 '05 16:05 FAX 33 1 41566719        AIR FRANCE DB AJ                              ☒002

# EVANS J. CARTER, P.C.

P.O. BOX 812
FRAMINGHAM, MA 01701
TELEPHONE: (508) 875-1059
TELEFAX: (508) 875-1449

E-Mail: ejcatty1@Verizon.net
Office: 860 Worcester Road (Rt. 9), 2nd Floor
Framingham, MA 01702

December 9, 2005

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Geof Dixon, CEO
Qantas Airways Limited
ABN 16 009 661 901
203 Coward Street
Mascot 2020
New South Wales, Australia

ENREGISTRE
A CL.DA
N° NK 2005
N°: 05616
LE 6 DEC. 2005
TRANSMIS
LE
A DB. AJ
PHOTOCOPIES

Re:  USA Ex Rel, Jennifer L. Teitebaum
vs.  Quantas Airways Limited, et al.
     U.S. District Court, District of Massachusetts,
     Civil Action No. 04-12450-MEL

Dear Mr. Dixon:

Enclosed please find a summons to your airline as well as a copy of the Complaint in the above-stated case.

Service of process is herewith made upon your airline pursuant to Massachusetts General Laws, Chapter 223A.

As stated in the Complaint, an answer must be timely filed with the United States District Court in Boston, Massachusetts, or your airline may be defaulted.

I remain

Very truly yours,

Evans J. Carter
EVANS J. CARTER

EJC/nec