Exhibit "A"

# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Civil Docket

# Harrington et al v Delta Air Lines, Inc. et al

Details for Docket: MICV2004-04410

### Case Information

| Docket Number: | MICV2004-04410 | Caption: | Harrington et al v Delta Air Lines, Inc. et al |
|---|---|---|---|
| Filing Date: | 11/04/2004 | Case Status: | Disposed: transfered to other court |
| Status Date: | 12/20/2004 | Session: | Cv E (7B Cambridge) |
| Lead Case: | NA | Case Type: | Complex |

### Tracking Deadlines

| TRK: | F | Discovery: | 08/31/2005 |
|---|---|---|---|
| Service Date: | 02/02/2005 | Disposition: | 12/29/2005 |
| Rule 15: | 04/03/2005 | Rule 12/19/20: | 04/03/2005 |
| Final PTC: | 10/30/2005 | Rule 56: | 09/30/2005 |
| Answer Date: | 04/03/2005 | Jury Trial: | YES |

### Case Information

| Docket Number: | MICV2004-04410 | Caption: | Harrington et al v Delta Air Lines, Inc. et al |
|---|---|---|---|
| Filing Date: | 11/04/2004 | Case Status: | Disposed: transfered to other court |
| Status Date: | 12/20/2004 | Session: | Cv E (7B Cambridge) |
| Lead Case: | NA | Case Type: | Misc equitable remedy |

### Tracking Deadlines

| TRK: | F | Discovery: | 08/31/2005 |
|---|---|---|---|
| Service Date: | 02/02/2005 | Disposition: | 12/29/2005 |
| Rule 15: | 04/03/2005 | Rule 12/19/20: | 04/03/2005 |
| Final PTC: | 10/30/2005 | Rule 56: | 09/30/2005 |
| Answer Date: | 04/03/2005 | Jury Trial: | YES |