UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM

        Plaintiff

v.                                                              CIVIL ACTION NO. 04-12450-MEL

ALASKA AIRLINES, et al.

        Defendants

NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as counsel for the defendant Aer Lingus in the above matter.

                AER LINGUS

                By its attorneys,

                /s/ Kevin C. Cain
                Kevin C. Cain, BBO #550055
                Peabody & Arnold LLP
                30 Rowes Wharf
                Boston, MA  02110

Dated:  May 3, 2006         (617) 951-2100
637460_1