UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, JENNIFER L. TEITELBAUM<br><br>    Plaintiff<br><br>v.<br><br>ALASKA AIRLINES, et al.<br><br>    Defendants | CIVIL ACTION NO. 04-12450-MEL |

NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as counsel for the defendant ALITALIA-LINEE AEREE ITALIANE S.p.A in the above matter.

                    ALITALIA - LINEE AEREE ITALIANE S.p.A.

                    By its attorneys,

                    /s/ Kevin C. Cain
                    Kevin C. Cain, BBO #550055
                    Peabody & Arnold LLP
                    30 Rowes Wharf
                    Boston, MA  02110
Dated:  May 3, 2006          (617) 951-2100
637461_1