UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA EX REL,
JENNIFER L. TEITELBAUM

          Plaintiff

v.                                         CIVIL ACTION NO. 04-12450-MEL

ALASKA AIRLINES, et al.

          Defendants

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as counsel for the defendant BRITISH AIRWAYS, PLC in the above matter.

                                                  BRITISH AIRWAYS, Plc

                                                  By its attorneys,

                                                  /s/ Kevin C. Cain
                                                  Kevin C. Cain, BBO #550055
                                                  Peabody & Arnold LLP
                                                  30 Rowes Wharf
                                                  Boston, MA 02110

Dated: May 3, 2006                      (617) 951-2100
637467_1