UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* TEITELBAUM,<br><br>            Plaintiffs<br><br>v.<br><br>DELTA AIRLINES, INC., et al.,<br><br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04-12450-MEL

## STIPULATION OF DISMISSAL

The parties, by their respective attorneys, stipulate and agree that the above-captioned

action is hereby dismissed, as to each of the defendants, (1) with prejudice as to Relator Jennifer

Teitelbaum, with all rights of appeal hereby waived, and (2) without prejudice as to the United

States of America.

Respectfully submitted,

*Ronald Clark / my by permission*

Ronald H. Clark, D.C. Bar No. 283614 (*pro hac vice*)
Randall A. Brater, D.C. Bar No. 475419 (*pro hac vice*)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-8191

Matthew A. Porter, BBO #630625
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Telephone: (617) 728-7126
Email: matthew.porter@dechert.com
*Attorneys for Alaska Airlines, Inc., American Airlines, Inc.,*
*Continental Airlines, Inc., Southwest Airlines Co.,*
*Hawaiian Airlines, Inc., Air Tran Airways, and Jet Blue*
*Airways Corp.*

Evans J. Carter, Esq. (BBO #076560)
EVANS J. CARTER, P.C.
P. O. Box 812
Framingham, MA 01701
(508) 875-1669
*Attorney for Jennifer L Teitelbaum*


David W. Ogden (admitted *pro hac vice*)
Ethan G. Shenkman (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M St., NW
Washington, D.C. 20037
(202) 663-6000
(202) 663-6363 (fax)
*Attorneys for Deutsche Lufthansa A.G.*


Curtis C. Pfunder (BBO # 39770)
92 State Street
Boston, MA 02109
617 248-0200


William R. Connor III, Esq.
MCDERMOTT & RADZIK LLP
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801
212 376-6400
*Attorneys for Air France*


Kevin C. Cain (BBO # 550055)
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
*Attorneys for Aer Lingus Group, PLC, Alitalia-Linee Aeree Italiane S.p.A., and British Airways, PLC*

*[signature]*

Joseph L. Doherty, Jr., BBO# 127260
Charles H. Riley III, BBO #630715
DOHERTY & QUILL
225 Franklin Street, 26th Floor
Boston, Massachusetts, 02110
(617) 217-2837
*Attorneys for Air Jamaica*

*[signature]*

Richard P. Campbell (BBO #071600)
Kathleen M. Guilfoyle (BBO #546512)
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

-and-

CONDON & FORSYTH LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 490-9100

1016 16th Street, N.W., Suite 700
Washington, D.C. 20036
(202) 289-0500

*Attorneys for Defendants Iberia – Líneas Aéreas de España,*
*S.A., Japan Airlines International Company, Ltd.,*
*KLM Royal Dutch Airlines, Qantas Airways Limited*
*Singapore Airlines, Ltd., Virgin Atlantic Airways, Ltd.*
*China Eastern Airlines Company Ltd., and*
*China Southern Airlines Company Ltd.*

ACKNOWLEDGED:

PETER D. KEISLER

Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney,

ANITA JOHNSON
Assistant U.S. Attorney
Suite 9200, One Courthouse Way
Boston, MA  02210
617-748-3266

4